UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PATRICIA HIVES,

    Plaintiff,

  v.

COUNTY OF ALAMEDA, et al.,

    Defendants.

Case No. 15-cv-02490-DMR

**ORDER CONTINUING SETTLEMENT CONFERENCE DEADLINE**

The court has received the parties' request to continue the date of the settlement conference presently scheduled for December 2, 2015 before Magistrate Judge Maria-Elena James. [Docket No. 30.] The request is granted. The parties shall appear before Magistrate Judge James for a settlement conference by March 1, 2016 or as soon thereafter as is convenient for Magistrate Judge James.

**IT IS SO ORDERED.**

Dated: December 1, 2015



Donna M. Ryu
United States Magistrate Judge