```
TIMOTHY P. MURPHY, ESQ. (Bar No. 120920)
EDRINGTON, SCHIRMER & MURPHY LLP
2300 Contra Costa Boulevard, Suite 450
Pleasant Hill, CA  94523-3936
Telephone:  (925) 827-3300
Facsimile:   (925) 827-3320
Email:  TMurphy@esmlawfirm.com

Attorneys for Defendants
COUNTY OF ALAMEDA and DEREK THOMS
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO BRANCH

| | |
|---|---|
| PATRICIA HIVES, individually and as co-successor in interest to Decedent Jacori Calhoun, <br><br> Plaintiff, <br><br> vs. <br><br> COUNTY OF ALAMEDA, municipal corporation; DEREK THOMS, individually and in his official capacity as deputy for the COUNTY OF ALAMEDA et al., <br><br> Defendants. <br> _____ / <br><br> M.C., by and through his guardian ad litem, ARION GUILLORY <br><br> Plaintiff, <br><br> vs. <br><br> COUNTY OF ALAMEDA, municipal corporation; DEREK THOMS, individually and in his official capacity as deputy for the COUNTY OF ALAMEDA Sheriff's Department; and DOES 1-10, inclusive, individually and in their official capacities as deputies for the COUNTY OF ALAMEDA Sheriff's Department, jointly and severally, <br><br> Defendants. <br> _____ / | **CASE NO.:  4:15-cv-02490-DMR** <br><br> **STIPULATION AND [PROPOSED] ORDER MODIFYING CASE MANAGEMENT DEADLINES** <br> (AS MODIFIED) |

1

STIPULATION AND ORDER MODIFYING CASE MANAGEMENT DEADLINES (AS MODIFIED)
CASE NO.:  4:15-cv-02490-DMR

1  WHEREAS the parties have diligently been cooperating and working on completing
2  discovery including depositions of the parties.
3  WHEREAS, calendar conflicts necessitated a postponement of the Settlement Conference
4  before the Hon. Magistrate Maria-Elena James to June 7, 2016.
5  WHEREAS the parties have agreed and stipulated to modify the Case Management
6  deadlines contained in the Case Management and Pretrial Order for Jury Trial filed on September
7  3, 2015 (Document #24).   The current trial date of October 17, 2016 is not affected.
8  Pursuant to local rule 6-1 and 6-2 the parties stipulate and propose the following
9  modifications to the Case Management deadlines:

| EVENT | CURRENT DATE | PROPOSED DATE |
|---|---|---|
| Last day file joint case management statement | 5/25/2016 | ~~6/15/2016~~   6/22/2016 |
| Case Management Conference | 6/1/2016 at 1:30 p.m. | 6/29/2016 ~~6/22/2016~~ at 1:30 p.m. |
| All non-expert discovery shall be completed by | 5/31/2016 | 6/30/2016 |
| Experts shall be disclosed and reports provided by | 5/31/2016 | 6/30/2016 |
| Rebuttal experts shall be disclosed and reports provided by | 6/14/2016 | 7/14/2016 |
| All discovery from experts shall be completed by | 6/28/2016 | 7/28/2016 |

///
///
///
///

2
STIPULATION AND ORDER MODIFYING CASE MANAGEMENT DEADLINES (AS MODIFIED)
CASE NO.:  4:15-cv-02490-DMR

It is so stipulated.

DATED: April 19, 2016   THE LAW OFFICES OF JOHN L. BURRIS

By  /s/ _____
DEWITTT M. LACY, Esq.
Attorney for Plaintiffs,
PATRICIA HIVES, individually and as co-successor in interest to Decedent Jacori Calhoun and M.C., by and through is guardian ad litem, ARION GUILLORY

DATED: April 19, 2016   EDRINGTON, SCHIRMER & MURPHY LLP

By  /s/ _____
TIMOTHY P. MURPHY, Esq.
Attorney for Defendants
COUNTY OF ALAMEDA and
DEREK THOMS

**ORDER** AS MODIFIED

Good cause appearing, it is so ordered.

DATED:  April 22, 2016

By _____
MAGISTRATE JUDGE DONNA M. RYU

IT IS SO ORDERED AS MODIFIED
Judge Donna M. Ryu

3
STIPULATION AND ORDER MODIFYING CASE MANAGEMENT DEADLINES (AS MODIFIED)
CASE NO.: 4:15-cv-02490-DMR