JOHN L. BURRIS, ESQ. (SBN 69888)
DEWITT M. LACY, ESQ. (SBN 258789)
**THE LAW OFFICES OF JOHN L. BURRIS**
7677 Oakport Street, Suite 1120
Oakland, CA 94621
Telephone: (510)839-5200
Facsimile: (510)839-3882
John.burris@johnburrislaw.com
Dewitt.lacy@johnburrislaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA HIVES, individually and as co-successor in interest to Decedent Jacorey Calhoun,<br><br>　　　　　Plaintiff,<br><br>　　　　　vs.<br><br>COUNTY OF ALAMEDA, a municipal corporation; DEREK THOMS, individually and in his official capacity as deputy for the COUNTY OF ALAMEDA Sherriff's Department; and DOES 1-10, inclusive, individually and in their official capacities as deputies for the COUNTY OF ALAMEDA Sheriff's Department, jointly and severally,<br>　　　　　Defendants.<br><hr>M.C., by and through his guardian ad litem, ARION GUILLORY<br><br>　　　　　Plaintiff,<br><br>　　　　　vs.<br><br>COUNTY OF ALAMEDA, municipal corporation; DEREK THOMS, individually and in his official capacity as deputy for the COUNTY OF ALAMEDA et al.,<br><br>　　　　　Defendants. | CASE NO.: 4:15-cv-02490-DMR<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

///

TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

IT IS HEREBY STIPULATED by and between Plaintiffs PATRICIA HIVES; M.C. by and through his guardian ad litem, ARION GUILLORY and Defendants COUNTY OF ALAMEDA; DEREK THOMS, through their counsel of record, as follows:

WHEREAS, Plaintiffs intend to file a motion for leave to amend the complaint in order to name additional defendants;

WHEREAS, Should the Court grant the motion, additional discovery will be necessary;

WHEREAS, the settlement conference previously set for June 8, 2016 before Judge James has been rescheduled for August 16, 2016;

WHEREAS, Counsel for all parties agree that it is in the interests of judicial economy and justice, all would benefit from a continuance of Case Management Conference presently set for June 29, 2016 to a date after August 16, 2016.

SO STIPULATED.

Dated: June 21, 2016         **LAW OFFICES OF JOHN L. BURRIS**

                                                                                          /s/ DeWitt M. Lacy
                                                                                          DeWitt M. Lacy
                                                                                          Attorney for Plaintiffs

Dated: June 21, 2016         EDRINGTON, SCHIRMER & MURPHY LLP

                                                                 */s/
                                                                  Timothy P. Murphy Esq.
                                                                  Attorneys for Defendants
                                                                  *Mr. Murphy has given his consent to file this document electronically.*

## **[PROPOSED] ORDER**

PURSUANT TO THE ABOVE STIPULATION, and GOOD CAUSE APPEARING, the Case Management Conference shall be continued to _____, 2016 at _____. Case Management Statements are due by _____, 2016.

SO ORDERED.

Dated: June ____, 2016

_____
Honorable Judge James