TIMOTHY P. MURPHY ESQ. (Bar No. 120920)
OWEN T. ROONEY, ESQ. (Bar No. 127830)     [G.C. 6103]
EDRINGTON, SCHIRMER & MURPHY LLP
The Terraces
2300 Contra Costa Blvd., Suite 450
Pleasant Hill, CA  94523
Telephone:  (925) 827-3300
Facsimile:   (925) 827-3320

Attorney for Defendants COUNTY OF ALAMEDA
AND DEREK THOMS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND BRANCH

| | |
|---|---|
| PATRICIA HIVES, individually and as co-successor in interest to Decedent Jacori Calhoun,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>COUNTY OF ALAMEDA, municipal corporation; DEREK THOMS, individually and in his official capacity as deputy for the COUNTY OF ALAMEDA et al.,<br><br>　　　　　　Defendants. | Case No.  15-cv-02490-DMR<br><br>**DECLARATION OF TIMOTHY P. MURPHY IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OR PARTIAL SUMMARY JUDGMENT**<br><br>Date:　　　July 28, 2016<br>Time:　　　11:00 a.m.<br>Courtroom:　4, 3rd Floor<br>Trial Date:　October 17, 2016 |

　　　　I, Timothy P. Murphy, declare:

　　　　1.　　I am an attorney licensed to practice law before all courts the state of California and am one of the attorneys of record for defendants County of Alameda and Derek Thoms.

　　　　2.　　Attached hereto as Exhibit A is true and accurate copy of the Second Amended Complaint filed by plaintiff Patricia Hives in the foregoing matter.

　　　　3.　　Attached hereto as Exhibit B is true and accurate copy of the Complaint filed by plaintiff M.C. in the foregoing matter.

　　　　4.　　Attached hereto as Exhibit C are true and accurate excerpts of the deposition of Oakland police officer Justin Belligan taken in the foregoing matter.

1     5.    Attached hereto as Exhibit D are true and accurate excerpts of the deposition of former Oakland police officer Miguel Masso taken in the foregoing matter.

    6.    Attached hereto as Exhibit E are true and accurate excerpts of the deposition of defendant Derek Thoms taken in the foregoing matter.

    7.    Attached hereto as Exhibit F are true and accurate excerpts of the deposition of Alameda County Sheriff's Deputy Huy Nguyen taken in the foregoing matter.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, is within my personal knowledge, and if called as a witness, I am competent to testify thereto.

Executed on June 22, 2016 at Pleasant Hill, CA.

By     /s/    
        Timothy P. Murphy