# EXHIBIT D

DEPOSITION OF OFFICER MIGUEL MASSO

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

--oOo--

PATRICIA HIVES, individually    )
and as co-successor in interest )
to Decedent Jacorey Calhoun,    )
                                )
        Plaintiff,              )
                                )
        vs.                     )Case: 4:15-CV-02490-DMR
                                )
COUNTY OF ALAMEDA, a municipal  )
corporation; DEREK THOMS,       )
individually and in his official)
capacity as deputy for the      )
COUNTY OF ALAMEDA, et al.,      )
                                )
        Defendants.             )
_____)
                                )
M.C., by and through his        )
guardian ad litem ARION         )
GUILLORY,                       )
                                )
        Plaintiff,              )
                                )
        vs.                     )
                                )
COUNTY OF ALAMEDA, a municipal  )
corporation; DEREK THOMS,       )
individually and in his official)
capacity as deputy for the      )
COUNTY OF ALAMEDA, et al.,      )
                                )  CERTIFIED COPY
        Defendants.             )
_____)

DEPOSITION OF OFFICER OFFICER MIGUEL MASSO

MONDAY, MAY 23, 2016

REPORTED BY:  LISA L. JONES, CSR #12982

1

**DEPOSITION OF OFFICER MIGUEL MASSO**

```
1        A    Yes, sir.

2        Q    And what's the first thing you recall about

3   hearing this call for service -- I'll ask you this:

4             Where were you when you first heard this call

5   for service?

6        A    I was probably somewhere in East Oakland,

7   patrolling, when the call came over the air about a --

8   that there was an Adam unit that was doing a car stop --

9   or attempting to do a car stop on a vehicle that was

10  wanted in our DB, which is the Daily Bulletin, for --

11  there was a BOL, be on the lookout, for a vehicle that

12  was involved in a home invasion, a 212.5.

13       Q    Okay.  Car stop involved in a DB, or daily

14  bulletin?

15       A    Yes, sir.

16       Q    That's what you recall hearing over the air?

17       A    Yes, sir.

18       Q    What is the daily bulletin?

19       A    A daily bulletin is a printout of incidents

20  that have happened just recently, which include wanted

21  suspects' names, date of births.  Sometimes we get

22  pictures.  We get stolen vehicles or any major

23  incidents; shootings, what happened the day prior or

24  over the weekend, we'd be on the lookout for witnesses

25  or suspects that might be involved, and we constantly go
```

66

1    out there, and we just look for --

2                    (Reporter interrupted.)

3              THE WITNESS:  -- look for these individuals,

4    whether they're victims, witnesses or suspects, and we

5    turn them over to our detective bureau.

6              MR. LACY:  Q  Okay.  So it's a printout of

7    things that happened the day prior --

8         A    Yes, sir.

9         Q    -- or within the week, sometime recently; is

10   that right?

11        A    Yes, sir.

12        Q    Would it be -- how do you get this information

13   when you come on shift at 1400; how do you get the daily

14   bulletin information?

15        A    There's a printout on the desk when we come

16   into our lineup, and it's for everybody to go ahead and

17   grab it.  Our lieutenant usually puts it out, be on the

18   lookout for a certain person or a certain vehicle, and I

19   know that 212 was meant -- the vehicle -- very distinct

20   vehicle was put out a few days prior, and everybody was

21   actively looking for this vehicle -- I can't say

22   everybody, but at least I know I was, and I know a few

23   of the officers that were out there looking for this

24   vehicle.

25        Q    Okay.  So you had a recollection of this report

67

1    of a home invasion or -- what was it, a 212, you said?

2        A    Yes, it was a 212.5, which is the home invasion

3    and supposedly, there were multiple suspects, and they

4    were armed with firearms at the time.

5        Q    Okay.  Did you have any other understanding of

6    whether or not this vehicle would contain weapons if you

7    encountered it?

8        A    I'm not exactly sure if it would be included,

9    but I know that the subjects were named, and there were

10   firearms that were involved in these home invasions.  So

11   there was a likelihood that the subject in the vehicle,

12   the person who was in the vehicle at the time, might be

13   armed.

14       Q    Okay.  When you hear this -- this call for

15   service go out about this vehicle, what do you do?

16       A    I start heading in that direction.

17       Q    How so?  I mean, in Code-3?

18       A    No, not Code-3, but just trying to get there

19   before anything else happens.  I recall hearing several

20   other officers come over the air and just say that, hey,

21   this is possibly -- this might be the vehicle involved

22   in the home invasion.  So not just myself, but there

23   were already units that were already in route to that

24   location.

25       Q    Okay.  So from what you recall, there was still

68

DEPOSITION OF OFFICER MIGUEL MASSO

1  speculation about whether or not it was even the vehicle

2  involved in the DB; is that right?

3      A    That's correct.

4      Q    But potentially it could be; is that right?

5      A    That's correct.

6      Q    And which means that potentially it could

7  contain some folks who had been involved in a home

8  invasion; is that right?

9      A    That's correct.

10     Q    All right.  What's the next thing you recall

11 hearing about this car?

12     A    I remember that the officers initiated the car

13 stop.  The vehicle did pull over.  I remember there was

14 a pause on the radio.  I'm not exactly sure for how

15 long, then remember hearing the officer put over the air

16 that they were in pursuit of the vehicle, that the

17 vehicle had taken off, and they were involved in a car

18 chase.  I remember requesting information to pursue.  I

19 remember hearing -- I'm not sure which sergeant it was,

20 but he gave authorization for the pursuit, and I started

21 heading that direction to see if I could assist.

22     Q    Okay.  Are you -- what are you trained do in

23 that circumstance?  Are you trained to head off certain

24 escape routes and things like that?

25     A    No.  It's pretty much going to be called by the

69

1    pursuing officer.  We're trained here at OPD at the time

2    that we don't block intersections or roads for obvious

3    other reasons, for causing traffic accidents or having

4    somebody else get injured or hurt.  We just start

5    heading that direction as fast as possible to try to see

6    if we can assist.

7        Q    Okay.  Do you recall obeying traffic signs and

8    lights as you went in this direction?

9        A    I was pretty far away, so I'm positive that I

10   obeyed my traffic laws and signs all the way down there.

11       Q    Okay.  As you were approaching the area where

12   this -- the car pursuit is going on, do you hear

13   anything else about the pursuit?

14       A    I don't recall, sir.  There was a lot of

15   traffic transmission being put over the air.  I know

16   this incident happened on San Leandro and 50th Avenue,

17   and I was working District 5, so I was -- I was at least

18   40, 50 blocks away from where the incident took place,

19   so it took me awhile to start heading that direction to

20   see if I could assist.

21       Q    Okay.  Do you recall the pursuit coming to an

22   end before you arrived on the scene?

23       A    Yes, sir.

24       Q    Where do you recall that pursuit ending?

25       A    I believe they lost the vehicle somewhere in

                                                              70

1   the 90th Avenue around that area in San Leandro, they

2   lost the vehicle.  I remember the sergeant coming over

3   the air and canceling the pursuit, and then they picked

4   the vehicle up again somewhere around 98th and San

5   Leandro, but they believed they lost the vehicle.  And

6   then another unit -- I believe Sergeant Encina canceled

7   the pursuit again.  I believe he came over there and he

8   canceled the pursuit, and another officer located the

9   vehicle in the area of the 10500 block of Edes.

10      Q    Okay.  So let me get this straight.  While the

11  car pursuit is going on, there is a report out over the

12  radio, as far as you recall, that the vehicle was lost

13  somewhere around 90th; is that right?

14      A    Yes, sir.

15      Q    And you hear Sergeant Encina come over the

16  radio and say, "cancel the pursuit"; is that right?

17      A    That's correct.

18      Q    But then somebody else sees the vehicle?

19      A    Yes, sir.

20      Q    And then they lose it again around 98th?

21      A    Yes, sir.

22      Q    And then Sergeant Encinas again says, "hey,

23  cancel the pursuit"?

24      A    Yes, sir.

25      Q    And then somebody else finds the vehicle parked

71

**DEPOSITION OF OFFICER MIGUEL MASSO**

1    somewhere?

2        A    Yes, sir.

3        Q    What happens after you hear that the vehicle is

4    parked somewhere?

5        A    I believe the officer puts out that he observed

6    the subject, the driver, coming out of the vehicle and

7    running into the yards in the 10500 block of Edes

8    Avenue.

9        Q    Are you familiar with this location?

10       A    Yes, I am.

11            MR. LACY:  Okay.  I'm going to show you the

12   point of reference something that you have, Mr. Murphy,

13   and I don't know that you have, what has previously been

14   marked as Exhibit 11.

15            Do you need a copy?

16            MR. PEREDA:  No.

17            (WHEREUPON, Exhibit 11 was referenced.)

18            MR. LACY:  Q  Do you recognize the area

19   that's depicted in this diagram, officer?

20       A    Yes, I do, sir.

21       Q    Okay.  Is this the area of 105th and Edes that

22   you spoke about a little bit earlier?

23       A    Yes, sir.

24       Q    Okay.  When you arrived on the scene, can you

25   tell me where you parked your patrol car?

                                                        72

DEPOSITION OF OFFICER MIGUEL MASSO

1    A    It was a female.  I want to say it was Nash,

2    but -- Officer Nash, but I don't remember.  I know there

3    was a female across, because I talked -- we talked on

4    the radio to make sure we had -- she could see me, and I

5    could see her.

6    Q    Okay.

7    A    So we had eyes, and we were using our

8    flashlights to make sure we were looking at one another.

9    Q    Okay.  Was your flashlight on your gun or do

10   you have a separate flashlight?

11   A    Separate flashlight.

12   Q    Okay.  Did you have your weapon drawn at this

13   point?

14   A    No, I did not.

15   Q    You were watching?

16   A    Yes, sir.

17   Q    Did you hold that position until a sergeant or

18   a superior officer arrived on scene?

19   A    Yes, sir.

20   Q    How long after you took up that watch position

21   on top of the electrical box did a sergeant arrive?

22   A    I'd say I started instructing officers to take

23   up the perimeter.  Once the perimeter was established,

24   maybe five, ten minutes, probably -- I believe, Sergeant

25   Encinas was the first sergeant to arrive on scene.

76

1   Shortly after that Sergeant Lee arrived and then

2   Lieutenant Holmgren arrived.  And once the sergeant got

3   on scene, I relinquished the perimeter to him.  And then

4   once Lieutenant Holmgren got on scene, he took over.

5       Q    Okay.  So how many officers would you say you

6   gave instructions to when you said you were telling

7   officers to take up a perimeter, do you know how many

8   officers?

9       A    I just come over the air, and I started

10  directing the officers where to go; pretty much 105th --

11            (Reporter interrupted.)

12            THE WITNESS:  -- 105th and Acalanes, 105th and

13  Edes, mid block on both Acalanes and where were at, and

14  then whatever street is east from us, I had perimeter

15  units.  Once we established that, I was still able to

16  hear the noise coming from the yard.  I ended up

17  canceling those units that were just east of us and

18  bringing them over to our perimeter to lock down the

19  perimeter even further.

20            MR. LACY:  Q  Okay.  So you actually heard

21  noises coming from the yard yourself?

22      A    Yes, sir.

23      Q    Okay.  What type of noises did you hear?

24      A    I just kept on hearing footsteps and movement,

25  things being moved, rattled, exactly what it was, I

                                                              77

**DEPOSITION OF OFFICER MIGUEL MASSO**

1    Q    Did you let him know that you gave him commands

2  to come out?

3    A    Yes, sir.

4    Q    But -- that nobody responded; is that right?

5    A    Yes, sir.

6    Q    And you let Sergeant Encinas know that after

7  that -- since that time, you haven't really heard

8  anything back there?

9    A    Yes, sir.

10    Q    Had anybody seen any person or suspect flee

11  from that area?

12    A    No, sir.

13    Q    Okay.  Did Sergeant Encinas communicate

14  anything to you about what he wanted to do after you

15  gave him that information?

16    A    I do not remember what he told me.  I know I

17  stepped down from the overwatch.  Somebody else took my

18  position from the overwatch, then we started designating

19  who was going to be part of the DAT team.

20    Q    Who was designated as being part of the DAT

21  team?

22    A    Besides me being involved, I was part of it.  I

23  don't remember who else was involved.

24    Q    Okay.  The DAT is the designated arrest team,

25  right?

                                                      81

1    A    Yes, sir.

2    Q    And Sergeant Encinas was making the decisions

3  about who was going to be in the DAT team?

4    A    I'm not exactly sure, but once ALCO arrived, it

5  was a combination of both, on who was going to be part

6  of it.  I know -- we had their officers for -- and their

7  patrol officers protecting their canine officers -- we

8  were going to have some of our guys being part of the

9  search team, because we all had cameras on, so we wanted

10  to make sure we covered the whole incident.  So it was a

11  combination of both.  I believe we had three OPD,

12  including myself, and I want to say we had three ALCO

13  with their canine.  I would say it was maybe five or six

14  officers all together.

15    Q    Okay.  Before we go on, you mentioned your

16  camera, okay -- or at least one of the reasons that OPD

17  officers were going with the Alameda County Sheriff's

18  Department is because you had your cameras on; is that

19  right?

20    A    Yes, sir.

21    Q    And you wanted to make sure you recorded

22  everything; is that right?

23    A    Yes, sir.

24    Q    Did you turn on your camera?

25    A    My camera was on before I even got there.

82

**DEPOSITION OF OFFICER MIGUEL MASSO**

1      Q     But the area wasn't naturally illuminated by

2    sunlight; is that right?

3      A     No, sir.

4      Q     Did you have to use your flashlight to look in

5    certain areas?

6      A     Yes, sir.

7      Q     All right.  The first -- what's the first place

8    that you guys decide to search?

9      A     We started at -- DAT was formed.  We decided we

10   wanted to go to this building complex here, which were a

11   bunch of apartments.  We decided to start the search

12   there.  So we decided that we're not going to go cut the

13   lock on the -- on the north fence, because we wanted to

14   cover the surrounding area first before we actually went

15   into that yard first.

16          So there was a lot of open areas.  We wanted to

17   cover that first before we actually made entry, and we

18   didn't want to cut the lock, because we knew that the

19   main residence was in front, so we wanted to try to get

20   access through their residence before we actually

21   damaged or cut the lock on the property.

22     Q     Okay.  So you still had a good idea that there

23   was someone in this yard; is that right?

24     A     That is correct.

25     Q     You said there was a lot of open space that you

                                                              86

DEPOSITION OF OFFICER MIGUEL MASSO

1    wanted to secure before you made an attempt to go into

2    this particular yard; is that right?

3         A    That is correct.

4         Q    Why is that?

5         A    We just wanted to cover all of our bases first.

6    We wanted to cover the --

7                   (Reporter interrupted.)

8                   THE WITNESS:  -- the ETD open area.  We wanted

9    to just make sure that -- we wanted to take care of

10   the -- do the dangerous place last, just for officer

11   safety reasons.  So if we take care of the open areas,

12   we can just get that out of the way and concentrate

13   everything else on where we believe the suspect is going

14   to be at.

15                   MR. LACY:  Q  Okay.  So the open areas,

16   meaning, are these places that a suspect could flee

17   to?

18        A    Yes, sir.

19        Q    Or areas that would be easily searched?

20        A    Easily searched.

21        Q    Okay.  So you go to this -- looks like an

22   apartment complex or townhouse complex, west of 10536

23   Acalanes; is that right?

24        A    Yes, sir.

25        Q    You search that area first; is that right?

87

1      A    Yes, sir.

2      Q    What is your function in that search team?

3 What are you doing?

4      A    I was number four in the stack, I believe.  The

5 ALCO deputy and canine officers were in front of me.  We

6 started off with searching the fence area, and there was

7 some dead space.  In front of the apartment complex

8 there was some trees, and there was a high fence that we

9 couldn't see on the other side, so we had to go through

10 a gate and actually work our way east through the

11 apartment complex, in front of the apartment complex and

12 clear that area first.

13     Q    Okay.  And you did that?

14     A    Yes, we did.

15     Q    There was no one over there?

16     A    We encountered a female.  I believe she was a

17 female Hispanic, that came out of one of the apartments.

18 She told us that she observed a male, male black that

19 matched the description that was provided for us, and

20 she said he approached her -- not exactly remember what

21 exactly she said -- but she said that she believed that

22 he might have gone into her house.  So we weren't sure

23 if he actually forced entry or was the door open, but

24 she gave us consent, permission to enter her residence

25 and clear her residence and make sure there was nobody

88

DEPOSITION OF OFFICER MIGUEL MASSO

1    anything like that?

2        A    No, sir.

3        Q    Were there any signs of any type of struggle or

4    anything like that?

5        A    No, sir.

6        Q    Were there any weapons, like guns laying

7    around?

8        A    No, sir.

9        Q    All right.  So what's the next thing you do

10   after you search that house?

11       A    We continue east -- sorry.  We continued west.

12   Exited the residence and continued west up into the

13   corner of 105th and Edes Avenue, and we just continued

14   clearing that area up until we got to Acalanes and

15   continued to search in the backyards and the residences

16   that were there.

17           MR. LACY:  Okay.  I'm going to show you another

18   diagram here that we have marked as 28.

19           Do you guys need a copy of this?

20           MR. PEREDA:  No, thank you.

21           MR. MURPHY:  I do, if you have an extra copy.

22           MR. LACY:  I do.

23           (WHEREUPON, Exhibit 28 was referenced.)

24           MR. LACY:  Q  All right.  Do you recognize

25   this Google map overlay, Officer Masso?

                                                            90

1        A    Yes, I do, sir.

2        Q    Is this at least part of the area that's

3   depicted in this diagram that we've talked -- or that

4   we've told you has been designated Exhibit 11?

5        A    Yes, sir.

6        Q    Does it show at least part of this apartment

7   complex that you searched; is that right?

8        A    It shows the west, the east -- sorry -- east

9   portion of it, but not the whole entire complex, sir.

10       Q    Okay.  You said you made your way further west,

11   then you came back around on Acalanes; is that right?

12       A    Yes, sir.

13       Q    Did you search this front area of the apartment

14   complex?

15       A    Yes, sir.

16       Q    And that was with the canine?

17       A    Yes, sir.

18       Q    You see this area just -- it looks like west of

19   the apartment complex here, it's kind of an L shape

20   almost; do you see that?

21       A    Yes, sir.

22       Q    Did you search that area?

23       A    I'm pretty sure we did.  Yes, sir.

24       Q    Do you know how you searched it?  Was that part

25   of the apartment complex or is that another building all

                                                        91

DEPOSITION OF OFFICER MIGUEL MASSO

1    see into the backyard of 10536 from the backyard of

2    10538; is that right?

3        A    We couldn't see and we couldn't -- it was too

4    high for us to climb.

5        Q    Okay.  And it was too high to climb and you

6    couldn't see through it?

7        A    Yes, sir.

8        Q    Okay.  And then you said someone stood back at

9    an overwatch position while you went onto your next

10   location; is that right?

11       A    Yes, sir.

12       Q    So you leave the backyard of 10538 Acalanes; is

13   that right?

14       A    Yes, sir.

15       Q    Which you were in, and you go to the next

16   house; is that right?

17       A    Yes, sir.

18       Q    And that's depicted here -- it doesn't have an

19   address on it, but it's the house -- it would be

20   directly east of 10538 Acalanes; is that right?

21       A    Yes, sir.

22       Q    Do you recall making contact with the residents

23   there?

24       A    Yes, sir.

25       Q    Did you make contact with them specifically

96

DEPOSITION OF OFFICER MIGUEL MASSO

1    yourself?
2        A    I don't think it was me.  I believe it was
3    another officer that made contact with them and informed
4    them what we had, and we asked permission to go in their
5    backyard.
6        Q    They gave you permission?
7        A    I'm pretty sure they did, yes, sir.
8        Q    Okay.  In other words, you went in their
9    backyard, didn't you?
10       A    Yes, we did.
11       Q    Okay.  Once you're in their backyard, did it
12   appear how it appears here in this photograph, where the
13   backward is fairly open?
14       A    Yes, sir.
15       Q    How was the lighting at this time?  Was it
16   still pretty dark?
17       A    It was -- it was becoming light.  I'm not sure
18   what time.  It took us awhile to get to the backyard,
19   but the sun was starting to come out, so there was some
20   lighting out there.
21       Q    Okay.  You said it took you awhile to get to
22   this backyard; what do you mean?
23       A    Well, during a search, we do a slow --
24              (Reporter interrupted.)
25              THE WITNESS:  -- slow, methodical search, just

                                                         97

**DEPOSITION OF OFFICER MIGUEL MASSO**

1     Q    Okay.  There was no one that you found in this

2   backyard, though, was there?

3     A    No, sir.

4     Q    The canine at some point alerts the canine

5   handler that there's someone in a neighboring backyard;

6   is that right?

7     A    Yes, sir.

8     Q    Where were you when you noticed the canine

9   handler get this alert?

10     A    I was number two in the stack.  We made it to

11   the backyard.  He released the dog.  He searched this

12   first area back here.  He came back to the chicken wire.

13   He came back to the canine handler.  Once he cleared

14   that area, we walked up, and then that's when he

15   released the canine again -- or I'm not sure if there

16   was actually an open spot on the east portion, but the

17   chicken wire came across, and there was like something

18   else right here.  And either the canine went around it

19   or it went over it and made it over to this area, and he

20   actually stopped at this fence along the line -- the

21   east portion of -- the east fence of 10538, that's where

22   his canine stopped.

23     Q    Okay.  I want you to mark with "K-9," where the

24   canine, where you believe the canine stopped.  Okay.

25          For the record, Officer Masso has marked "K-9"

99

**DEPOSITION OF OFFICER MIGUEL MASSO**

1   in the northwest corner of this backyard, directly next

2   to 10536 Acalanes.

3         What did the canine do after -- I mean, when it

4   signaled?

5   A     The canine was barking.  He was scratching at

6   the fence.  He was very excited, started moving around,

7   walking around and pacing in that area.  I remember --

8   to me, from dealing with dogs in the past, doing these

9   searches, I actually knew -- that the dog was probably

10  hinting that there was somebody in the yard.  I remember

11  hearing a canine officer, don't know exactly what he

12  told his dog, but he was able to get his dog to stop and

13  sit down, and the dog actually did sit down, and he was

14  laying there.

15        By the time we made it over -- I was number two

16  by that time in the stack.  Canine went over first.

17  Briefly, I remember the canine officer turning back and

18  letting me know, hey, my dog got a hit -- or got a -- I

19  believe it was somebody there.  He went over the chicken

20  wire first.  I went over.  By that time, don't know what

21  happened with the dog, but the dog somehow made it over

22  the fence.

23  Q     Okay.  Let's stop right there.

24        So you said there was chicken wire somewhere in

25  this backyard here?

100

**DEPOSITION OF OFFICER MIGUEL MASSO**

1      A    Yes, sir.

2      Q    Could you indicate with a line, just a straight

3   line, of where you believe this chicken wire was.  Okay.

4           So you were on the southern part of this

5   chicken wire, initially; is that right?

6      A    Yes, sir.

7      Q    And the dog was in the northern part of this

8   chicken wire; is that right?

9      A    Yes, sir.

10      Q    And you said that you were second in the stack

11   in going over the chicken wire; is that right?

12      A    Yes, sir.

13      Q    Did you make it over the chicken wire before

14   the dog hopped over the fence?

15      A    I believe I made it over the wire before the

16   dog jumped over the fence.

17      Q    How soon after you made it over the chicken

18   wire did the dog hop over the fence?

19      A    I believe it was as I was going over the

20   chicken wire, that's when the dog went over.  The canine

21   handler was over the fence already, and then I started

22   coming over, that's when I observed the dog jump over

23   the fence.

24      Q    Okay.  If you can draw an H of where the

25   handler was at when you recall the dog hopping the

101

**DEPOSITION OF OFFICER MIGUEL MASSO**

1    fence.  All right.  And your initials are M and M,

2    right?

3         A    Yes, sir.

4         Q    Not unlike the rapper.  Could you draw an M and

5    M, and then circle that where you were when you saw the

6    dog go over the fence.  Okay.

7              So you were just coming over the fence and the

8    canine hops over the fence?

9         A    Yes, sir.

10        Q    Did you hear the handler give any instruction

11   to the canine to hop over the fence?

12        A    No, sir.

13        Q    Did it appear as if -- or I'll ask you this:

14             Were you surprised that the canine hopped over

15   the fence?

16        A    Yes, I was.

17        Q    Did it appear that the handler was surprised

18   that the canine hopped over the fence?

19        A    I'm going to say, yes.

20        Q    What gives you that impression?

21        A    Because I remember he was telling his canine --

22   don't know the exact words he was telling him, but I

23   remember him giving the command to stay.  As he came

24   over, I saw the canine handler rush over to the fence.

25   Immediately, I rushed over with him, which I believe

                                                        102

1    that probably delayed the rest of our stack.  We

2    actually -- okay.  I believe at this point, before the

3    canine even went over the fence, I believe we talked

4    about what we were going to do when we get to the fence.

5    Our plan was to -- because the fence was so high, we

6    weren't going to go over the fence because of the

7    position of disadvantage.  So we actually discussed

8    about how we're going to take the fence down, and we

9    talked about, we're going to go through it, instead of

10   going over it, which is more of a safety thing.

11       Q    Okay.

12       A    While we decided and we had our stack in order,

13   as we were going over the fence, that's when the canine

14   went over.  So we -- I saw him rush over.  I rushed

15   behind him.  Once we go to the fence, I heard a

16   struggle, or -- there was no screaming.  There was no

17   yelling.  There was -- there was a struggle in the yard.

18   Don't know -- couldn't see from where we were at.  The

19   fence was too high.  I remember seeing the canine

20   officer raise up with both hands to look over the fence.

21   He comes back down and tells me his dog is in trouble.

22            At that time, without -- he immediately goes

23   over the fence.  I go up behind him.  I'm not sure if --

24   where -- the distance between the rest of our stack was

25   compared to where we were at.  As soon as he said that,

103

**DEPOSITION OF OFFICER MIGUEL MASSO**

```
 1      A     I don't remember, sir.
 2      Q     But it was a tall fence?
 3      A     It was a tall fence.
 4      Q     Do you know what color the electrical box was?
 5      A     I don't remember.
 6      Q     Okay.  But you said you could see all the way
 7   to Acalanes from standing on that electrical box; is
 8   that right?
 9      A     Yes, sir.
10      Q     Do you know where the -- you said, your
11   partner, and I think you said it might have been Nash,
12   was standing on Acalanes, that you could see?
13      A     Yes, sir.
14      Q     Could you point to it on Exhibit 28?
15      A     I'm going to say over here.
16      Q     Okay.
17      A     Because I remember talking on the radio, and I
18   remember asking if anybody could see my light, or -- you
19   know, I don't remember exactly what I said, but I know I
20   saw an officer on this side, and I was able to
21   communicate with that officer by -- verbally, over the
22   radio and by flashlight, to make sure we can actually
23   see each and make sure nobody has actually broken --
24   have gone further east than where we were at, so we're
25   showing off the block by not going further east.
```

107

**DEPOSITION OF OFFICER MIGUEL MASSO**

1   chicken wire?

2        A    Yes, sir.

3        Q    After the canine is over, you said the handler

4   looks over the fence or something like that; is that

5   right?

6        A    He climbs up the fence a little bit and looks

7   over.

8        Q    You said he then indicated to you that his dog

9   was in trouble?

10       A    Yes, sir.

11       Q    How did he say that?  I mean, did he say it

12  verbally to you?

13       A    He said it verbally.  I don't remember the

14  exact words he used, but I know he told me to the effect

15  that his dog was in trouble -- or I want to say that he

16  did tell me, my dog is in trouble.

17       Q    Okay.  Did it appear to be a circumstance of

18  emergency for him?

19       A    Yes, it did, sir.

20       Q    What gave you that impression?  Were his eyes

21  bulged?  Was he speaking in a loud voice?

22       A    Just the tone of his voice when he said it.  It

23  reminded me of me just saying that one of my partners

24  was in trouble.  You know, canine handlers and their

25  dog, they grow a bond.  It appears to me that, to him,

                                                      110

DEPOSITION OF OFFICER MIGUEL MASSO

1    Q    Okay.  You said you could see him behind the

2    trailer or --

3    A    He was coming -- there was lot of debris --

4    there's some shelves and stuff back here, and that's

5    where he came out of.  He started running towards us or

6    what I could see, towards me, and the deputy was on the

7    trailer -- on the hood of the vehicle when he came out.

8    Q    Okay.  Where were you at?

9    A    I was on the fence, still on the fence when I

10   observed him coming at us -- running towards us.

11   Q    Okay.  And you said he was running towards you?

12   A    Yes, sir.

13   Q    Could you see where the dog was?

14   A    I'm not sure if the dog was in front of him or

15   behind him, but -- I don't remember.

16   Q    Do you recall if the dog was engaging him at

17   all?

18   A    No, the dog was not on him.

19   Q    Okay.  Could you see his hands?

20   A    No, I could not.

21   Q    Do you know where his hands were?

22   A    Both of his hands were lowered down towards his

23   waistband.

24   Q    Okay.  And he was running?

25   A    Yes, sir.

119

1    Q    Okay.  Dogs making noise -- you know, the

2  officers are making noise?

3    A    Yes, sir.

4    Q    Okay.  You're not trying to hide your presence

5  from the person you're looking for?

6    A    No, sir.

7    Q    At the time the arrest team was formed and you

8  were deciding on your search strategy, were you given

9  any information about whether you should expect that

10 this suspect may be armed?

11   A    Yes, sir.

12   Q    What information do you remember being given?

13   A    Prior -- once they put out the car chase -- or

14 sorry.  Prior to the initial car stop, the information

15 was broadcast over the air that the suspect that was

16 involved in the 212.5, the home invasion were conducting

17 the invasion with -- they were armed without possible

18 firearms.

19   Q    And did you have an understanding of when that

20 home invasion had occurred?

21   A    I believe it was more than one home invasion

22 describing the vehicle and the subjects and those

23 occasions there were weapons involved.

24   Q    Okay.  Were you given any information at the

25 scene before the search started about whether a weapon

140

**DEPOSITION OF OFFICER MIGUEL MASSO**

1   was located in the car that the subject had parked and

2   left behind?

3       A    No, sir.

4       Q    Was the team then told, you should expect this

5   person may well be armed?

6       A    Yes, sir.

7       Q    Okay.  And I think if my notes are correct, you

8   testified initially that when you got up onto the

9   utility box on Edes Avenue, you could not see down into

10  the yard where you thought this subject might be?

11      A    That is correct.

12      Q    And what prevented you from seeing into that

13  yard while you were standing up on the utility box?

14      A    The big fence.  It was a really tall fence,

15  besides the fence that I was adjacent to -- or right

16  next to electrical box, which is probably -- say

17  six feet that I had to look over in order for me to look

18  in the yard.  They gave me -- the advantage for an

19  overwatch.  The fence that I believe the subject was on

20  was a lot taller than that fence, plus it was covered in

21  trees and debris, which made it very difficult for us to

22  look inside the yard.

23      Q    Okay.  Now, we talked about the yard, and you

24  marked it on Exhibit 29, the yard that had the chicken

25  wire fence in it, was it that yard that the utility box

                                                        141

**DEPOSITION OF OFFICER MIGUEL MASSO**

```
 1   was next to?

 2        A     Yes, sir.

 3        Q     Okay.  So you weren't standing adjacent to the

 4   yard where the shooting ultimately occurred; you were

 5   standing one yard over?

 6        A     Yes, sir.

 7        Q     One yard to the east?

 8        A     Yes, sir.

 9        Q     And you testified that at the time you were

10   going up the fence and straddling it, you heard shots

11   and saw muzzle flash -- or you heard a shot and saw

12   muzzle flash?

13        A     Yes, sir.

14        Q     Okay.  You believed you were being shot at?

15        A     Yes, sir.

16        Q     Were you in fear for your own life?

17        A     Yes, I was.

18        Q     And is that when you drew your weapon?

19        A     Yes, sir.

20        Q     And were you prepared to use your weapon to

21   defend yourself?

22        A     Yes, I was.

23        Q     At any time, did you hear the canine handler

24   giving any commands that you believed were directed

25   toward the subject you were searching for?
```

142

**DEPOSITION OF OFFICER MIGUEL MASSO**

```
 1        A      Yes, I did.

 2        Q      Okay.  And when did you hear that?

 3        A      As I was coming over the fence, I began hearing

 4   verbal commands.

 5        Q      Do you know what he was saying?

 6        A      No, I do not.

 7        Q      Was he making them loudly?

 8        A      They were loud, yes.

 9        Q      Do you know how many times he gave commands?

10        A      I don't remember, sir.

11        Q      Did he give the commands before you heard any

12   pops or shots?

13        A      I don't remember, sir.

14        MR. MURPHY:  Okay.  That's all I have.

15   Mr. Lacy cleaned up all my other notes.

16        MR. LACY:  Officer Masso, thank you for your

17   time.

18        THE WITNESS:  Thank you, sir.

19        MR. LACY:  A pleasure to meet you.  And, again,

20   thank you for your service.

21             (WHEREUPON, at 1:19 p.m., the deposition of

22             MIGUEL MASSO was concluded, this date.)

23                        --oOo--

24

25                    _____
                                  MIGUEL MASSO
```

143