# EXHIBIT F

DEPOSITION OF DEPUTY HUY NGUYEN

```
            IN THE UNITED STATES DISTRICT COURT

        IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

                      --oOo--

PATRICIA HIVES, individually    )
and as co-successor in interest )
to Decedent Jacorey Calhoun,    )
                                )
          Plaintiff,            )
                                )
          vs.                   )Case: 4:15-CV-02490-DMR
                                )
COUNTY OF ALAMEDA, a municipal  )
corporation; DEREK THOMS,       )
individually and in his official)
capacity as deputy for the      )
COUNTY OF ALAMEDA, et al.,      )
                                )
          Defendants.           )
_____ )
                                )
M.C., by and through his        )
guardian ad litem ARION         )
GUILLORY,                       )
                                )
          Plaintiff,            )
                                )
          vs.                   )
                                )
COUNTY OF ALAMEDA, a municipal  )
corporation; DEREK THOMS,       )
individually and in his official)
capacity as deputy for the      )
COUNTY OF ALAMEDA, et al.,      )
                                )   CERTIFIED COPY
          Defendants.           )
_____ )
```

DEPOSITION OF DEPUTY HUY NGUYEN

THURSDAY, MAY 12, 2016

REPORTED BY:  LISA L. JONES, CSR #12982

1

DEPOSITION OF DEPUTY HUY NGUYEN

1              MR. LACY:  Q  Well, what was your

2      understanding of what he was wanted for?

3          A    Carjacking.

4          Q    Okay.

5          A    Armed carjacking.

6          Q    Okay.  Armed carjacking?

7          A    Yes.

8          Q    Your understanding was that this person had

9      just carjacked a vehicle?

10         A    That was the initial call, yes.

11         Q    But when you got there and you heard officer --

12     Deputy Corey and Deputy Thoms talking with OPD police

13     officers, what did you hear them saying as it relates to

14     the suspect?

15         A    It was actually a home invasion suspect that

16     pistol-whipped a victim and then fled in a vehicle.

17         Q    Okay.  What was your understanding of when that

18     incident had occurred?

19         A    I believe it had just occurred.

20         Q    Do you know who gave you that understanding?

21         A    It was an OPD sergeant, who was briefing us on

22     what had just happened.

23         Q    Okay.  Had you ever worked with this sergeant

24     before?

25         A    No.

                                                           68

**DEPOSITION OF DEPUTY HUY NGUYEN**

1      Q    Did you discuss -- did you interject anything
2    in the discussion or did you just listen?
3      A    Just listened.
4      Q    Okay.  Did Deputy Thoms give you any
5    instructions at that particular time, while they were
6    discussing what was going to happen in regards to this
7    search for this person?
8      A    No.
9      Q    Did you have an understanding of whether or not
10   this person you were looking for was armed?
11     A    Yes.
12     Q    What was your understanding?
13     A    That he was -- after the pistol-whipping and
14   the pursuit, they searched the vehicle he fled in, and
15   there was no firearm located in the vehicle.
16     Q    Okay.  So what did that mean to you?
17     A    That means that he still had his firearm with
18   him, because it wasn't in the vehicle.
19     Q    Okay.  So your understanding was that because
20   there was no weapon found in the vehicle that this
21   person was armed?
22     A    Yes.
23     Q    Are there any special considerations that you
24   give or were trained to give when searching for an armed
25   person?

69

DEPOSITION OF DEPUTY HUY NGUYEN

1          A     Yes.

2          Q     Could you tell me about them.

3          A     It just -- if we're searching for an armed

4    suspect, that we also have our firearms out.

5          Q     Okay.  Why is that?

6          A     Because of the heightened danger of an armed

7    suspect.

8          Q     Okay.  So you had your firearm out?

9          A     Yes.

10         Q     Do you have a flashlight or anything on your

11   firearm?

12         A     Yes.

13         Q     What type of firearm do you have?

14         A     A Sig Sauer.

15         Q     A Sig Sauer?

16         A     Yes.

17         Q     What caliber?

18         A     .357 Sig.

19         Q     Okay.  And how many rounds does that hold?

20         A     It holds 12 in the magazine and one in the

21   chamber.

22         Q     Okay.  Did you have your flashlight or your

23   light for your gun on when you had it drawn?

24               MR. MURPHY:  Objection.  At what point in time?

25               MR. LACY:  At any point in time.

70

1    recollection of what residence you went to first?

2        A    Yes.

3        Q    It's my understanding you searched several

4    residences; is that right?

5        A    Yes.

6            MR. MURPHY:  And I'll just object as vague.

7            When you say, "residence," do you mean yards or

8    are you talking about interiors of homes?

9            MR. LACY:  Q  Do you have an understanding

10   of what I'm asking?

11       A    Yes.

12       Q    Okay.  I'm going to show you a map here,

13   Deputy Thoms, and -- or not Deputy Thoms --

14   Deputy Nguyen.  Here I go again, man.  I promise you,

15   you look nothing like Deputy Thoms.

16       A    Yep.

17           MR. LACY:  And we won't mark this just yet.

18   Maybe we will and maybe we won't.

19           Counsel.

20           MR. MURPHY:  Thank you.

21           MR. LACY:  Q  What I'm showing you is a

22   Google printout of the same location that is

23   depicted in this diagram; is that fair to say?

24       A    Yes.

25       Q    Does this show the residence that you searched

72

DEPOSITION OF DEPUTY HUY NGUYEN

1     first?

2          A     Yes.

3          Q     Can you point to it, please.

4                And it looks like the larger building here at

5     the -- kind of the end of a corner; is that right?

6          A     Yes.

7          Q     That, as far as I understand, is not a regular

8     home or residence; is that right?

9          A     Yes.

10         Q     Do you know what type of building this is?

11         A     I believe it was either an apartment or a

12    condominium style housing.

13         Q     Okay.  Did you make a plan about how you're

14    going to enter this apartment complex or condominium

15    area before you entered?

16         A     Yes.

17         Q     Did you make that plan after you heard about

18    who the suspect was and what you were going to do?

19         A     Yes.

20         Q     Who made the plan with you; was that sergeant

21    from OPD making the plan with you?

22         A     Yes.

23         Q     And what was the plan that was made?

24         A     We were going to start the search on Edes and

25    just work our way down.

73

DEPOSITION OF DEPUTY HUY NGUYEN

1      Q    After you searched the yard, then you went

2    inside; is that right?

3      A    Yes.

4      Q    And the same stacked formation?

5      A    For the most part.

6      Q    Okay.  I would imagine at some point you kind

7    of fan out and secure different areas; is that right?

8      A    Yes.

9      Q    Didn't find anybody, right?

10     A    No.

11     Q    What's the next house that you go to?

12     A    We actually went around to Acalanes, and we

13   started working our way east through the homes there,

14   and then I don't know what the numbers are, but it goes

15   from apartments to homes on Acalanes Drive.

16     Q    Do you know or have a recollection of how many

17   homes you searched on Acalanes?

18          MR. MURPHY:  Does your question imply that they

19   entered residences?

20          MR. LACY:  I don't know.

21          THE WITNESS:  Between two and three different

22   properties.

23          MR. LACY:  Q  Okay.  Can you see the

24   properties on this Google maps --

25     A    Yes.

81

DEPOSITION OF DEPUTY HUY NGUYEN

1      Q     Okay.  After you searched that house, did you

2   go to the next house and search that house, too?

3      A     No, I don't believe so.

4      Q     What did do you?  What happened?

5      A     We searched the rear yard of that house and

6   then from that house -- from that rear yard is -- after

7   we searched that house is when the shooting happened.

8      Q     Okay.  When you were searching the rear yard of

9   that house the shooting happened, or after you searched

10  the rear yard of that house?

11     A     Yeah.

12     Q     Was it dark in that rear yard?

13     A     Yes.

14     Q     Did you use your flashlight in that rear yard?

15     A     Yes.

16     Q     As I understand it, there was somebody standing

17  on a roof or something like that?

18     A     Yes.

19     Q     Was he communicating to you anything he saw?

20           MR. MURPHY:  At any time?

21           MR. LACY:  At any time.

22           THE WITNESS:  No, not to me.

23           MR. LACY:  Q  Was he communicating to

24  anyone on the search team?

25     A     I believe some of the information was going to

86

**BARBARA J. BUTLER & ASSOCIATES - Certified Court Reporters**
**1659 Scott Blvd., Suite 15, Santa Clara, CA  95050  -  (510) 83-BUTLER (28853) or (408) 248-BUTLER (2885)**

DEPOSITION OF DEPUTY HUY NGUYEN

1    Oakland through Oakland radio.

2        Q    Okay.  You don't get the Oakland radio?

3        A    No.

4        Q    Okay.  When you were searching this backyard,

5    after you see the person and you realize this is not the

6    suspect you're looking for, do you see the dog that they

7    said might be in that backyard, too?

8        A    No.

9        Q    At some point, does Officer Thoms indicate to

10   you that he believes his canine has located someone?

11       A    No.

12       Q    What are you doing -- well, I'll ask you this:

13            What's the first time you become aware that

14   Deputy Thoms' canine may have located someone?

15       A    When Deputy Thoms -- it would be west, so we're

16   searching -- we're going north, down that resident's

17   driveway, and we get to the rear yard, and Deputy Thoms'

18   canine goes west to a wooden fence and kind of just

19   stays at that fence.

20       Q    Okay.  Did you hear Deputy Thoms give the

21   canine any commands?

22       A    Yes.

23       Q    And did you see the dog react in response to

24   the commands that Deputy Thoms gave him?

25       A    Yes.

87

DEPOSITION OF DEPUTY HUY NGUYEN

1       Q    What did the dog do?

2       A    It kind of sat or laid down.

3       Q    Okay.  How far away from you was the dog at

4  this time?

5       A    Between eight and ten feet, I would say.

6       Q    After the dog sat, do you recall what happened?

7       A    Some -- I'm not sure if -- I heard someone say

8  there was movement or someone was running.

9       Q    Okay.  What happens after you hear someone say

10  that?

11      A    And then --

12      Q    What are you doing when you hear somebody say

13  that, I'll ask that.

14         What are you doing when you hear somebody say

15  that?

16      A    I am trying to get -- I'm -- I was walking

17  towards Deputy Thoms, getting closer.

18      Q    Okay.  Was Deputy Thoms standing right next to

19  his dog?

20      A    Fairly close.

21      Q    Closer than you were?

22      A    Yes.

23      Q    Closer than five feet?

24      A    I don't recall.

25      Q    Closer than we are to each other right now?

88

**DEPOSITION OF DEPUTY HUY NGUYEN**

```
 1          A     On the driver side.

 2          Q     Of the hood?

 3          A     Yes.

 4          Q     Was he crouched?  Was he standing up straight?

 5                MR. MURPHY:  Objection.  Vague as to time.

 6                At what point?

 7                THE WITNESS:  He was just standing up straight.

 8                MR. LACY:  Q  Okay.  Was his flashlight on

 9    or the light for his gun?

10          A     I don't recall.

11          Q     Was the area well lit?

12          A     No.

13          Q     Could you see the suspect?

14          A     No.

15          Q     Could you see Zina?

16          A     No.

17          Q     Okay.  Before you climbed the fence, Deputy

18    Thoms fires some shots; is that right?

19          A     Yes.

20          Q     Do you hear him give any commands before he

21    fires his shots?

22          A     Yes.

23          Q     what do you hear him say?

24          A     "Show me your hands.  Show me your hands."

25          Q     Okay.  Any other commands?
```

95

DEPOSITION OF DEPUTY HUY NGUYEN

1       A    No.

2       Q    What did you think was happening when you heard

3   Deputy Thoms giving the commands, "show me your hands.

4   Show me your hands"?

5               MR. MURPHY:  Objection.  Calls for speculation.

6               THE WITNESS:  I thought he located the suspect.

7               MR. LACY:  Q  Okay.  Did it occur to you

8   then that it was extremely important that you get

9   over the fence as quickly as you can?

10      A    Yes.

11      Q    Why?

12      A    Because at that point, I believed Deputy Thoms

13  was in danger.

14      Q    Okay.  Why?

15      A    Because I believed he was confronting an armed

16  suspect.

17      Q    Okay.  Did you hear the shots when Deputy Thoms

18  fired?

19      A    Yes.

20      Q    Could you see the flash from his muzzle when he

21  fired his gun?

22      A    No.

23      Q    Could you see anything in the yard, adjoining

24  the yard you were in, when you heard Deputy Thoms firing

25  his weapon?

96