JOHN L. BURRIS, Esq. (SBN 69888)
DeWITT M. LACY, Esq. (SBN 258789)
**THE LAW OFFICES OF JOHN L. BURRIS**
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile:  (510) 839-3882
john.burris@johnburrislaw.com
dewitt.lacy@johnburrislaw.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA HIVES, individually and as co-successor in interest to Decedent Jacorey Calhoun,<br><br>     Plaintiff,<br><br>     vs.<br><br>COUNTY OF ALAMEDA, municipal corporation; DEREK THOMS, individually and in his official capacity as deputy for the COUNTY OF ALAMEDA et al.,<br><br>     Defendants.<br><br>M.C., by and through his guardian ad item ARION GUILLORY,<br><br>     Plaintiff,<br><br>     vs.<br><br>COUNTY OF ALAMEDA, municipal corporation; DEREK THOMS, individually and in his official capacity as deputy for the COUNTY OF ALAMEDA et al.,<br><br>     Defendants. | Case No.: 15-cv-02490-DMR<br><br>**DECLARATION OF DEWITT M. LACY IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OR PARTIAL SUMMARY JUDGMENT**<br><br>Date:        August 11, 2016<br>Time:       11:00 a.m.<br>Location:  1301 Clay St.<br>               Courtroom 4, 3rd Floor<br>               Oakland, CA 94612<br>Hon. Donna M. Ryu |

1. I am an attorney at law licensed to practice before all courts in the State of California and am an associate with THE LAW OFFICES OF JOHN L. BURRIS, attorneys of record herein for Plaintiffs. I am one of the attorneys responsible for the handling of the Plaintiffs' case. If called upon to testify in this matter, I could and would competently testify to the facts set forth in this declaration, all of which are within my personal knowledge. This declaration is submitted in support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgment or Partial Summary Judgment.

2. Plaintiff, Patricia Hives, filed her first Complaint against Defendants for damages on March 24, 2015.

3. Plaintiff, M.C., by and through his guardian ad litem, Arion Guillory, filed his first Complaint on October 23, 2015.

4. The two actions were joined by this Court on December 3, 2015.

5. Attached hereto as Exhibit A is a true and correct copy of Justin Belligan's Deposition Transcript, pertaining to this matter.

6. Attached hereto as Exhibit B is a true and correct copy of Defendant Derek Thoms' Deposition Transcript, pertaining to this matter.

7. Attached hereto as Exhibit C is a true and correct copy of Daryl Gaunt's Deposition Transcript, pertaining to this matter.

8. Plaintiffs began discovery on August 11, 2015 while the pleadings were being settled by serving the City of Oakland with a subpoena to produce video footage captured on body-mounted cameras worn by any officer who responded to the August 3, 2014 incident.

9. OPD operates under the management and control of the City of Oakland. After several meet and confer efforts, the City of Oakland finally produced a copy of the corresponding OPD Incident Report on January 28, 2016. On April 29, 2016, Defendants produced over three thousand pages of discovery in response to Plaintiffs' written discovery and almost twelve hours of audio/video recordings. Defendants also produced five hundred and eighty-five photos on the same day.

10. Attached hereto as Exhibit D is a true and correct copy of a video recording depicting the subject incident, pertaining to this matter.

11. Attached hereto as Exhibit E is a true and correct copy of a video recording depicting the subject incident, pertaining to this matter.

12. Attached hereto as Exhibit F is a true and correct copy of an Oakland Police Department Laboratory Report pertaining to the subject incident.

13. Attached hereto as Exhibit G is a true and correct copy of Huy Nguyen's Deposition Transcript, pertaining to this incident.

14. Attached hereto as Exhibit H is a true and correct copy of the Alameda County's Coroner's Report pertaining to the subject incident.

15. Attached hereto as Exhibit I is a true and correct copy of the Miguel Masso's Deposition Transcript pertaining to this matter.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on July 6, 2016 at Oakland, California.

                                                                *DeWitt M. Lacy*
                                                                DeWitt M. Lacy