JOHN L. BURRIS, ESQ. (SBN 69888)
DEWITT M. LACY, ESQ. (SBN 258789)
**THE LAW OFFICES OF JOHN L. BURRIS**
7677 Oakport Street, Suite 1120
Oakland, CA 94621
Telephone: (510)839-5200
Facsimile: (510)839-3882

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA HIVES, individually and as co-successor in interest to Decedent Jacorey Calhoun,<br><br>        Plaintiff,<br><br>        vs.<br><br>COUNTY OF ALAMEDA, a municipal corporation; DEREK THOMS, individually and in his official capacity as deputy for the COUNTY OF ALAMEDA Sherriff's Department; and DOES 1-10, inclusive, individually and in their official capacities as deputies for the COUNTY OF ALAMEDA Sheriff's Department, jointly and severally,<br>        Defendants. | CASE NO.: 4:15-cv-02490-DMR<br><br>**MANUAL FILING NOTIFICATION EXHIBIT D: Unidentified Officer Body Mounted Camera Footage (PDRD)**<br><br>Honorable Judge Donna M. Ryu |
| M.C., by and through his guardian ad litem, ARION GUILLORY<br><br>        Plaintiff,<br><br>        vs.<br><br>COUNTY OF ALAMEDA, municipal corporation; DEREK THOMS, individually and in his official capacity as deputy for the COUNTY OF ALAMEDA et al.,<br><br>        Defendants. | |

///

## MANUAL FILING NOTIFICATION

Regarding: EXHIBIT D to the DECLARATION OF DeWITT M. LACY

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office. If you are a participant on this case, this filing will be served in hard-copy shortly. For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ). This filing was not e-filed for the following reason(s):

[   ] Voluminous Document (PDF file size larger than the efiling system allows)

[   ] Unable to Scan Documents

[ X ] Physical Object (description): <u>Unidentified Officer Body Mounted Camera Footage (PDRD)</u>

[   ] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

[   ] Item Under Seal in Criminal Case

[   ] Conformance with the Judicial Conference Privacy Policy (General Order 53).

[   ] Other (description): _____

Dated: July 6, 2016                               **LAW OFFICES OF JOHN L. BURRIS**

                                               By  */s/ DeWitt M. Lacy*_____
                                                          DeWitt M. Lacy
                                                          Attorney for Plaintiffs