

OAKLAND POLICE DEPARTMENT
CRIMINALISTICS DIVISION
# LABORATORY REPORT
LAB-CWF-01 (10-AUG-12)

| | | | |
|---|---|---|---|
| **REQUESTED BY:** | Basa | | |
| **DETAIL OR AGENCY:** | Homicide | | |
| **COMPLAINANT(S):** | OFC MAI | | |
| **SUSPECT(S):** | CALHOUN, Jacorey | **LAB:** | 8407 |
| **LOCATION OF CRIME:** | 10500 blk Edes St. | **RD #:** | 14-039091 |
| **CRIME TYPE:** | 148 PC | **REQUEST #:** | 1 |
| **DATE OF CRIME:** | August 3, 2014 | **PAGE:** | 1 of 3 |

**REQUEST FOR ANALYSIS**
Request #1: Examine the casings and bullet recovered on the scene and from suspect. Please compare with ACSO Deputy Thoms' service pistol, Sig Sauer, 357 cal, S#: U741615 (Pg1, item #1).

**EVIDENCE RECEIPT**
The following was received from the Oakland Police Department Property and Evidence Unit on 28 Aug 14:

| Item | Description |
|---|---|
| pg1#1 | Sig Sauer pistol, magazine & cartridges |
| pg1#2 | two magazines & cartridges |

The following was received from the Oakland Police Department Property and Evidence Unit on 29 Aug 14:

| Item | Description |
|---|---|
| pg3#4→#9 | six 357 SIG cartridge cases |
| pg3#10; pg4#1 | fired bullets |
| pg5#8 | "bullet from neck" |
| pg5#9 | "bullet fragment R long finger" |
| pg5#10 | "bullet from L pelvic bone #3" |
| pg6#1 | "bullet L hip #7" |
| pg6#2 | "bullet L buttock #9" |
| pg6#3 | "bullet L buttock #8" |
| pg7#1 | piece of lead |
| pg7#2 | fired bullet |

**EVIDENCE DESCRIPTION EXAMINATION RESULTS AND CONCLUSIONS**
<u>EXAMINATION OF SIG SAUER PISTOL, MAGAZINES AND CARTRIDGES</u>
Item pg1#1 consists of the following:
- one Sig Sauer, model P226, 357 SIG caliber pistol with serial number U 741 615. The pistol is equipped with one Surefire X300 tactical light and laser grips.
- one magazine holding four unfired 357 SIG caliber cartridges
- one loose unfired 357 SIG caliber cartridge

Item pg1#2 consists of two magazines each holding twelve unfired 357 SIG caliber cartridges.

The Sig Sauer pistol was test fired using laboratory ammunition and the submitted magazine (pg1#1). The pistol, including the tactical light and laser grips was found to be in working order. The safety mechanisms on this firearm were tested and found to be in working order. The amount of force required to pull the trigger was measured to be a minimum of 3.5 pounds for single action and 10 pounds double action.

| OAKLAND POLICE DEPARTMENT | LAB: | 8407 |
| CRIMINALISTICS DIVISION | RD#: | 14-039091 |
| **LABORATORY REPORT** | REQUEST #: | 1 |
| LAB-CWF-01 (10-AUG-12) | PAGE: | 2 of 3 |

### EXAMINATION OF 357 SIG CARTRIDGE CASES
Items pg3#4→#9 are six fired 357 SIG caliber cartridge cases. These cartridge cases have the same firearm produced marks and sufficient corresponding individual microscopic marks to conclude that they were all fired by the Sig Sauer pistol (pg1#1).

### EXAMINATION OF FIRED BULLETS
Item pg3#10 is one 9mm/357 caliber class copper jacketed hollow point bullet. The design of bullet is indicative of Speer brand bullets. A swab was collected from the bullet and submitted to OPD Property & Evidence Unit for freezer storage.

Item pg4#1 is one 9mm/357 caliber class copper jacketed hollow point bullet. A swab was collected from the bullet and submitted to OPD Property & Evidence Unit for freezer storage.

Item pg7#1 is one piece of lead with no firearm produced marks or features.

Item pg7#2 is one damaged copper jacketed bullet. The caliber of the bullet could not be determined.

### EXAMINATION OF "BULLET FROM NECK"
Item pg5#8 is one 9mm/357 caliber class copper jacketed hollow point bullet. The design of bullet is indicative of Speer brand bullets.

### EXAMINATION OF "BULLET FRAGMENT R LONG FINGER"
Item pg5#9 is one tiny piece of lead. The item had no firearm produced marks or features.

### EXAMINATION OF "BULLET FROM L PELVIC BONE #3"
Item pg5#10 is one 9mm/357 caliber class copper jacketed hollow point bullet. The design of bullet is indicative of Speer brand bullets.

### EXAMINATION OF "BULLET L HIP #7"
Item pg6#1 is one 9mm/357 caliber class copper jacketed hollow point bullet. The design of bullet is indicative of Speer brand bullets.

### EXAMINATION OF "BULLET L BUTTOCK #9"
Item pg6#2 is one 9mm/357 caliber class copper jacketed hollow point bullet. The design of bullet is indicative of Speer brand bullets.

### EXAMINATION OF "BULLET L BUTTOCK #8"
Item pg6#3 is one 9mm/357 caliber class copper jacketed hollow point bullet. The design of bullet is indicative of Speer brand bullets.

Continued on page 3.

| OAKLAND POLICE DEPARTMENT | LAB: | 8407 |
| CRIMINALISTICS DIVISION | RD#: | 14-039091 |
| **LABORATORY REPORT** | REQUEST #: | 1 |
| LAB-CWF-01 (10-AUG-12) | PAGE: | 3 of 3 |

## BULLET COMPARISONS

The bullets, items pg3#10; pg4#1; pg5#8, #10; pg6#1, #2, #3, and the test fired bullets from the Sig Sauer pistol have similar rifling widths and were compared to each other. I found sufficient agreement of individual microscopic marks to conclude that the Sig Sauer pistol (pg1#1) fired the bullets items pg3#10; pg4#1; pg5#8, #10; pg6#1, #2, #3.

The bullet, item pg7#2, had similar rifling widths to the bullets in this case. The comparison results were inconclusive. There was some correspondence of individual marks between bullets, but an insufficient correspondence for a conclusive identification.

## DISPOSITION

The following was submitted to the Oakland Police Department Property and Evidence Unit on 06 Oct 14:

| Item | Description |
|---|---|
| pg1#1 | Sig Sauer pistol, magazine & cartridges. Laboratory generated bore wipe & test fires. |
| pg1#2 | two magazines & cartridges |
| pg3#4-#9 | six 357 SIG cartridge cases |
| pg3#10; pg4#1 | fired bullets |
| pg5#8 | "bullet from neck" |
| pg5#9 | "bullet fragment R long finger" |
| pg5#10 | "bullet from L pelvic bone #3" |
| pg6#1 | "bullet L hip #7" |
| pg6#2 | "bullet L buttock #9" |
| pg6#3 | "bullet L buttock #8" |
| pg7#1 | piece of lead |
| pg7#2 | fired bullet |
| pg8#1 | Swabs collected from bullet pg3#10 and pg4#1 |

Examination Completed by:

Susan Molloy, Criminalist II        08 OCT 2014
                                     Date

TR /s/
AR /s/



OAKLAND POLICE DEPARTMENT
CRIMINALISTICS DIVISION
# LABORATORY REPORT
LAB-CWF-01 (10-AUG-12)

| | | | |
|---|---|---|---|
| **REQUESTED BY:** | Basa | | |
| **DETAIL OR AGENCY:** | Homicide | | |
| **COMPLAINANT(S):** | ACSO Deputy D. Thoms | | |
| **SUSPECT(S):** | CALHOUN, Jacorey | **LAB:** | 8407 |
| **LOCATION OF CRIME:** | 10500 blk Edes St. | **RD #:** | 14-039091 |
| **CRIME TYPE:** | 148 PC | **REQUEST #:** | 2 |
| **DATE OF CRIME:** | 03 Aug 14 | **PAGE:** | 1 of 2 |

**REQUEST FOR ANALYSIS**
Examine trajectory on a bullet hole found on the side of an RV.

**CASE HISTORY AND PURPOSE OF ANALYSIS**
Analysis of potential trajectories was conducted after the scene was processed by police evidence technicians. On 26 Aug 14, Supervising Criminalist M. Bennett and I met with Officer B. Christensen at the crime scene location. I photographed the scene and performed trajectory analysis.

**SCENE DESCRIPTION**
The scene is located in the driveway of 10588 Edes Avenue which is to the rear of the residence at 10538 Acalanes Drive. An overhead streetlight is located across the street from the driveway on Edes Avenue. A wooden fence is present along the south side of the driveway. A large plant that extends higher than the wooden fence line is located on the neighboring property at the south east corner of the driveway. A residence is located at the west end of the driveway, to the rear of the truck and trailer in the driveway. A tree is located in between the truck bed and the residence. On the north side of the trailer is a chain linked yard that is used as a dog pen. A large tree is located at the northeast corner of the property.

The driveway has a chain linked gate which is covered with large red colored wood panels that block any view of the driveway from the street. Parked on the driveway along the south fence line, facing east is a black GMC truck, CA license plate #8B87508. The truck has an indentation on the hood and the truck bed is filled with miscellaneous trash. A travel trailer approximately 20 feet in length is located about two and a half feet north of the truck. The trailer's entry and exit door is on the south side of the trailer. One light bulb and sensor is on the trailer above the doorway. Located outside at the front of the trailer is a shelving unit and one hanging light bulb with an orange extension cord that travels into a north side trailer vent. A blue plastic tarp is covering the wooden overhang located between the trailer and the south wooden fence.

**EXAMINATION RESULTS AND CONCLUSIONS**
One bullet entry hole is visible on the south side of the trailer just west of the door. The bullet entry hole is located on the south side of the trailer with an exit point in the right rear wheel well. The bullet traveled through the trailer's aluminum siding, insulation, wood paneling, and then exited through the metal wheel well. The bullet entry hole was located 2' 3½" from the ground and 7' 7" from the front of the trailer. The bullet entry hole measured approximately 1.2" long and 0.35" wide. The bullet entered the trailer siding at a downward angle of 22 degrees and at an angle of 29 degrees into the side of the trailer. The path of the bullet was back extrapolated and approximately comes back to the area located above the hood of the black GMC truck.

No other bullet holes or evidence was located.

| | |
|---|---|
| OAKLAND POLICE DEPARTMENT | LAB: 8407 |
| CRIMINALISTICS DIVISION | RD#: 14-039091 |
| **LABORATORY REPORT** | REQUEST #: 2 |
| LAB-CWF-01 (10-AUG-12) | PAGE: 2 of 2 |

The photographs of the scene were archived onto a CD and stored in the Criminalistics Division.

Examination Completed by:

_Susan Molloy, Criminalist II_       17 NOV 2014
                                     Date

TR
AR

| LABORATORY EXAMINATION REQUEST* CRIMINALISTICS SECTION OAKLAND POLICE DEPARTMENT TF-752 (9/87) | RD No. 14-039091 | Lab No. |
|---|---|---|
| | Crime 148 PC | Lab Use 04 SEP 2014 S&L |

| Name of Victim/Complainant ACSO Deputy D. Thoms | Location of Crime 10500 blk. Edes St. | Date of Crime 03Aug14 |
|---|---|---|
| Suspect(s) Jacorey Calhoun | | Tech Report on File? ☒ Yes ☐ No |

| Priority (Rush)? ☒ Yes ☐ No | If Yes, Date Needed 26Sep14 | Reason: ☐ Charging ☐ Court ☒ Other (Specify) In Custody? ☐ Yes ☒ No Deadline OIS |
|---|---|---|
| Requested By Sgt. C. Basa 7818C | Detail Extension Homicide X3821 | Date 26Aug14 | Other Criminalistic Services Requested? ☐ Yes ☒ No |

**REQUEST IS MADE FOR:** (Be Specific. Provide Property Page and Item Numbers of Evidence You Want Examined. Attach Copy of Crime Report and Property Record.)

**Could You Please do the following:**

1) Please examine trajectory on a bullet hole found on the side of an RV.

**SUMMARY OF RESULTS:**

| Completed By | Date | Reviewed By |
|---|---|---|

Make Out Separate Requests for Each Type of Examination. Forward White and Yellow Copies to Criminalistics.
* Latent Fingerprint Examinations Must be Requested on TF-751 (Latent Fingerprint Examination).

| LABORATORY EXAMINATION REQUEST* CRIMINALISTICS SECTION OAKLAND POLICE DEPARTMENT   TF-752 (9/87) | RD No. 14-039091 | Lab No. |
|---|---|---|
| | Crime 148 PC (OIS) | Lab Use 8 AUG 14 (initials) |

| Name of Victim/Complainant Ofc. Mai | Location of Crime 10500 blk. Edes St. | Date of Crime 03Aug14 |
|---|---|---|
| Suspect(s) Jacorey Calhoun | | Tech Report on File? ☒ Yes ☐ No |

| Priority (Rush) ? ☒ Yes ☐ No | If Yes, Date Needed ASAP | Reason: ☐ Charging ☐ Court ☒ Other (Specify) In Custody? ☐ Yes ☒ No   Deadline   OIS |
|---|---|---|
| Requested By Sgt. C. Basa | Detail   Extension Homicide   X3821 | Date 07Aug14 | Other Criminalistic Services Requested? ☐ Yes ☒ No |

REQUEST IS MADE FOR:                                    (Be Specific. Provide Property Page and Item Numbers of Evidence You
                                                         Want Examined. Attach Copy of Crime Report and Property Record.)

**Could You Please do the following:**

**Examine the casings and bullet recovered on the scene and from suspect. Please compare with ACSO Deputy Thoms' service pistol, Sig Sauer, 357 caliber, Serial no. U741615 (page 1, item #1)**

SUMMARY OF RESULTS:

| Completed By | Date | Reviewed By |
|---|---|---|
| | | |

**Make Out Separate Requests for Each Type of Examination. Forward White and Yellow Copies to Criminalistics.**
***** **Latent Fingerprint Examinations Must be Requested on TF-751 (Latent Fingerprint Examination).**

| LABORATORY EXAMINATION REQUEST CRIMINALISTICS DIVISION OAKLAND POLICE DEPARTMENT TF-752 (1/97) | RD No. 14-034896 | Lab No. |
|---|---|---|
| | Crime 212.5 PC | Lab Use 14 Aug 14 JM #3 |
| Name of Victim/Complainant **Birrueta, Jose** | Location of Crime: 4708 MacArthur Blvd | Date of Crime 12 Jul 14 |
| Suspect(s) CALHOUN, Jacorey, HARRIS, Antwon (PFN-BGJ315), and ALONZO, Anthony (PFN-BGA362). | | Tech Report on File? {X} Yes ☐No |

| Priority (Rush)? ☐ Yes ☐ No | If Yes, Date Needed | Reason: In Custody? DOA | Charging ☒ Yes ☐ No | ☐ Court | ☐ Other (Specify) ☐ Deadline |
|---|---|---|---|---|---|

| Requested By B. Moore 8994C | Detail CID-Robbery | Extension 3326 | Date 14 Aug 14 | Other Criminalistics Services Requested ☐ Yes ☐ No |
|---|---|---|---|---|

Request is Made For: (Be Specific. Provide Property Page and Item Numbers of Evidence You Want Examined. Attach Copy of Crime Report and Property Record.)

Please compare DNA :

1) Examine any biological material recovered from the following evidence item's Driver's door interior handles (2), driver's seatbelt (male and female ends) (3), left and right side of steering wheel (4,5), gear shift (7), parking break (8), and passenger door handle interior (11).

   Please compare any biological material recovered to Jacorey CALHOUN's (PFN-BGY234) DNA sample located in property under RD#14-039091, HARRIS, Antwon (PFN-BGJ315), and ALONZO, Anthony (PFN-BGA362).

| Completed By B. Moore 8994 C | Date 14 Aug 14 | Reviewed By |
|---|---|---|

| LABORATORY EXAMINATION REQUEST* CRIMINALISTICS DIVISION OAKLAND POLICE DEPARTMENT TF-752 (1/97) | RD No. 14-034896 | Lab No. |
|---|---|---|
| | Crime 212.5 PC | Lab Use 14 Aug 14 Fn #2 |
| Name of Victim/Complainant Birrueta, Jose | Location of Crime: 4708 MacArthur Blvd | Date of Crime 12 Jul 14 |
| Suspect(s) CALHOUN, Jacorey, HARRIS, Antwon (PFN-BGJ315), and ALONZO, Anthony (PFN-BGA362). | | Tech Report on File? {X} Yes ☐ No |

| Priority (Rush)? ☐ Yes ☐ No | If Yes, Date Needed | Reason: In Custody? Yes/ DOA | Charging ☒ Yes ☐ No | ☐ Court | ☐ Other (Specify) ☐ Deadline |
|---|---|---|---|---|---|
| Requested By B. Moore 8994C | | Detail CID-Robbery | Extension 3326 | Date 14 Aug 14 | Other Criminalistics Services Requested ☐ Yes ☐ No |

Request is Made For: (Be Specific. Provide Property Page and Item Numbers of Evidence You Want Examined. Attach Copy of Crime Report and Property Record.)

Please compare DNA :

1) Examine any biological material recovered from Colt 1911 .45 cal (Battle ship edition) serial # 65216G70 located in property.

2) Please compare any biological material recovered to Jacorey CALHOUN's (PFN-BGY234) DNA sample located in property under RD#14-039091, HARRIS, Antwon (PFN-BGJ315), and ALONZO, Anthony (PFN-BGA362), and V1 Birrueta, Jose (reference located in property)

| Completed By B. Moore 8994 C | Date 14 Aug 14 | Reviewed By |
|---|---|---|

**LABORATORY EXAMINATION REQUEST***
**CRIMINALISTICS DIVISION**
**OAKLAND POLICE DEPARTMENT**   TF-752 (1/97)

RD No: 14-034896

Lab No: 14 Aug 14 JSM   #1

Crime: 212.5 PC

| Name of Victim/Complainant | Location of Crime: | Date of Crime |
|---|---|---|
| Birrueta, Jose | 4708 MacArthur Blvd | 12 Jul 14 |

| Suspect(s) | Tech Report on File? |
|---|---|
| CALHOUN, Jacorey, HARRIS, Antwon (PFN-BGJ315), and ALONZO, Anthony (PFN-BGA362). | {X} Yes  ☐ No |

| Priority (Rush)? ☐ Yes ☐ No | If Yes, Date Needed | Reason: In Custody? DOA | Charging ☒ Yes ☐ No | ☐ Court | ☐ Other (Specify) ☐ Deadline |
|---|---|---|---|---|---|

| Requested By | Detail | Extension | Date | Other Criminalistics Services |
|---|---|---|---|---|
| B. Moore 8994C | CID-Robbery | 3326 | 14 Aug 14 | Requested ☐ Yes ☐ No |

**Request is Made For:** (Be Specific. Provide Property Page and Item Numbers of Evidence You Want Examined. Attach Copy of Crime Report and Property Record.)

Please compare DNA:

1) Examine any biological material recovered from the following evidence item's Pollo baseball hat tan in color (13), baseball hat Leader brand blue with red bill (14), LG Cell phone Metro PCS black in color (16), LG Cell phone T-Moblile black in color (17), Cell Phone Samsung grey in color, Addias sweat shirt size 3XL red/black/gray in color (26), Plastic bottles with clear liquid both New Amsterdam Peach Vodka 50 ml (27), and Plastic bottles both crystal geyser water 16.9 oz, (28).

Please compare any biological material recovered to Jacorey CALHOUN's (PFN-BGY234) DNA sample located in property under RD#14-039091, HARRIS, Antwon (PFN-BGJ315), and ALONZO, Anthony (PFN-BGA362).

| Completed By | Date | Reviewed By |
|---|---|---|
| B. Moore 8994 C | 14 Aug 14 | |

Copy of R. Moore

| OPD<br>ADDITIONAL INFORMATION REPORT | OAKLAND POLICE DEPARTMENT<br>455 – 7th Street<br>Oakland, CA 94607 | RD # 14-034896 | |
|---|---|---|---|
| CRIME ☒ SUPPLEMENTAL<br>Home Invas. Robbery 212.5 Pc | INCIDENT # 677 | V 1 | VICTIM LAST, First, Mid.<br>V1- Birrueta, Jose (30jun88) |
| SUSPECT LAST, First, Mid | INCIDENT LOCATION<br>2651 73rd Ave (Tech Detail) | DATE OF THIS REPORT<br>5 Aug 14 | ORIGINAL DATE REPORTED<br>12 Jul 14 |

| ITEM # | QNTY | PROPERTY (and/or NARRATIVE)<br>ITEM TYPE, BRAND, MODEL #, SIZE, COLOR, MARKS, ETC. | SERIAL # | VALUE |
|---|---|---|---|---|

## SUPPLEMENTAL CRIME SCENE TECHNICIAN REPORT

**REPORT SUB-TYPE:**

Search warrant executed for 2001 Volvo C70 2D Convert Sil/blk, license 6ECV626, CA. I processed the 212.5 PC scene at 4708 MacArthur Blvd on 12JUL14. Please refer to my full Tech Report from that date for further.

**EVIDENCE:**

1) **SAMPLE SWAB**; (wet), driver's door exterior handle.
2) **SAMPLE SWAB**; (wet), driver's door interior handles.
3) **SAMPLE SWAB**; (wet), driver's seatbelt (male & female ends).
4) **SAMPLE SWAB**; (wet), left side of steering wheel.
5) **SAMPLE SWAB**; (wet), right side of steering wheel.
6) **SAMPLE SWAB**; (wet), Volvo key from ignition.
7) **SAMPLE SWAB**; (wet), gear shift handle.
8) **SAMPLE SWAB**; (wet), parking brake handle.
9) **SAMPLE SWAB**; (wet), dashboard controls/dials.
10) **SAMPLE SWAB**; (wet), passenger door exterior handle.
11) **SAMPLE SWAB**; (wet), passenger door interior handles.
12) **SAMPLE SWAB**; (wet), front passenger seatbelt (male & female ends).
13) **BASEBALL STYLE HAT**; POLO brand, adjustable, tan. Recovered from front passenger seat. Preserved for DNA.
14) **BASEBALL STYLE HAT**; Leader brand, California Republic w/ bear emblem, adjustable, blue w/red bill. Recovered from front passenger seat. Preserved for DNA.
15) **GLOVES**; two (2), 15A= Mechanix brand, left hand, black w/ camouflaged pattern, 15B = Knit, black w/ skull & tribal pattern, right hand. Recovered from front passenger seat. Preserved for DNA.
16) **CELL PHONE**; LG/ Metro PCS, black. Recovered from driver's floorboard, left side. Preserved for prints/DNA.

| REPORTED BY<br>P. Yager | SERIAL #<br>4520P | WATCH<br>2 | DISTRICT<br>4 | SUPERVISOR<br>Sgt. R. Silva-Rodriguez | SERIAL #<br>8521 | PAGE 1 OF 5 |
|---|---|---|---|---|---|---|



**OAKLAND POLICE DEPARTMENT**
455 – 7th Street
Oakland, CA 94607

ADDITIONAL INFORMATION REPORT

RD #: 14-034896

| CRIME | ☑ SUPPLEMENTAL | INCIDENT # | | VICTIM LAST, First, Mid. |
|---|---|---|---|---|
| Home Invas. Robbery 212.5 Pc | | 677 | V 1 | V1- Birrueta, Jose (30jun88) |

| SUSPECT LAST, First, Mid | INCIDENT LOCATION | DATE OF THIS REPORT | ORIGINAL DATE REPORTED |
|---|---|---|---|
| | 2651 73rd Ave (Tech Detail) | 5 Aug 14 | 12 Jul 14 |

**PROPERTY (and/or NARRATIVE)**
ITEM #  QNTY  ITEM TYPE, BRAND, MODEL #, SIZE, COLOR, MARKS, ETC.  SERIAL #  VALUE

**EVIDENCE CONT....**

17) **CELL PHONE**; LG/ T-Mobile, black w/ damaged screen. Recovered from driver's floorboard by gas pedal. Preserved for prints/DNA.

18) **CELL PHONE**; Samsung, grey. Recovered inside blue backpack in trunk of vehicle. Preserved for prints/DNA.

19) **INDICIA**; EBT card in name of COLSTON, Bryan. Recovered inside blue backpack in trunk of vehicle.

20) **INDICIA**; Auto World Receipt in name of CALHOUN, Jacorey, & vehicle 6ECV626, CA. Recovered in trunk of vehicle.

21) **INDICIA**; CAL ID card #E3515944 (+) two (2) x credit/debit cards in BRYLAWSKI, Daniel Stuart (27JUN91) @ 2137 42nd Ave, Oakland. Recovered from rear pocket front passenger seat, driver's floorboard and dashboard.

22) **KEYS**; four (4) house type keys. Recovered from center console/dash.

23) **KEYS**; three (3) house type keys w/ robot charm. Recovered from pocket IRO front passenger seat.

24) **KEYS**; four (4) GM type vehicle keys. Recovered from trunk.

25) **INDICIA**; CAL ID card D9813219 –CALHOUN, Jacorey Charles (12AUG90), + Visa Debit card in same name. Recovered from dashboard below glove box.

26) **SWEATSHIRT**; Adidas brand, size 3XL, white, red, grey, black. Recovered from trunk. Preserved for DNA.

27) **PLASTIC BOTTLES W/ CLEAR LIQUID**; two (2), both New Amsterdam Peach Vodka 50 ML size. 27A= 2/3 full, 27B=1/4 full. Recovered from front passenger seat. Preserved for prints/DNA.

28) **PLASTIC BOTTLES**; two (2), both Crystal Geyser water, 16.9 Fl. Oz, empty w/ residual clear liquid. Recovered from rear driver's side floorboard. Preserved for prints/DNA.

29) **HALF OF PISTOL GRIP**; right side of molded plastic pistol grip, brown/grey w/ star emblem. Recovered from under front passenger seat. Preserved for prints/DNA.

| REPORTED BY | SERIAL # | WATCH | DISTRICT | SUPERVISOR | SERIAL # | PAGE |
|---|---|---|---|---|---|---|
| P. Yager | 4520P | 2 | 4 | Sgt. R. Silva-Rodriguez | 8521 | 2 OF 5 |

| OPD ADDITIONAL INFORMATION REPORT | OAKLAND POLICE DEPARTMENT 455 – 7th Street Oakland, CA 94607 | RD # 14-034896 | |
|---|---|---|---|
| CRIME Home Invas. Robbery 212.5 Pc | ☑ SUPPLEMENTAL | INCIDENT # 677 | V1 VICTIM LAST, First, Mid. V1- Birrueta, Jose (30jun88) |
| SUSPECT LAST, First, Mid | INCIDENT LOCATION 2651 73rd Ave (Tech Detail) | DATE OF THIS REPORT 5 Aug 14 | ORIGINAL DATE REPORTED 12 Jul 14 |

| ITEM # | QNTY | PROPERTY (and/or NARRATIVE) ITEM TYPE, BRAND, MODEL #, SIZE, COLOR, MARKS, ETC | SERIAL # | VALUE |
|---|---|---|---|---|

**FINGERPRINTS:**
Lift 1- Passenger wing window, bottom middle area. EXT.
Lift 2- Top edge of passenger door IFO handle. EXT.
Lift 3- Top edge of driver's window, front/middle area. EXT.

**PHOTOGRAPHS:**
Using my OPD issued Nikon D7000 digital camera I took 99 photographs of the above listed vehicle and evidence items/sample locations. I uploaded all digital media to the secure OPD server.

**SUMMARY:**
On Monday 04AUG14 I was working my normal Patrol shift as OPD Crime Scene Technician 2C64, start time 1400 hrs. Immediately following line-up I received a message from Tech Detail Coordinator Ofc. B. Christensen requesting that I contact Robbery Investigator Ofc. B. Moore regarding a search warrant for vehicle license 6ECV626, CA (vehicle currently secured in Tech Detail processing bay). I phoned Ofc. Moore who advised me that he had faxed a copy of the signed search warrant for the vehicle to the Tech Detail. He requested processing for DNA, latent fingerprints, recovery of cell phones and other evidence detailed in the warrant. I retrieved the copy of the search warrant and reviewed it.

At 1605 hrs I photographed the vehicle as I found it. Both license plates were affixed to the vehicle in normal fashion. The black cloth convertible top was in the "up" position fully enclosing the passenger cabin. The vehicle had stock rims with the two passenger side tires flattened. The vehicle had notable collision type damage focused primarily on the front passenger side corner panel and headlight assembly. The front passenger tire had partially separated from the heavily marred rim. The front passenger window was rolled down most way with the rear passenger window down slightly. Both the driver's side windows were rolled down most way. The exterior of the vehicle was covered with a moderate layer of dirt, dust and debris. Inside the vehicle I noted the interior appeared worn with most surfaces covered with a moderate layer of dirt & dust. The steering column appeared intact with a single Volvo key seated in the ignition. The vehicle was currently in "drive" with the parking brake unset. I placed the vehicle in to "Park" for safety.

| REPORTED BY P. Yager | SERIAL # 4520P | WATCH 2 | DISTRICT 4 | SUPERVISOR Sgt. R. Silva-Rodriguez | SERIAL # 8521 | PAGE 3 OF 5 |
|---|---|---|---|---|---|---|

...

| | | | | | |
|---|---|---|---|---|---|
| **OPD** ADDITIONAL INFORMATION REPORT | OAKLAND POLICE DEPARTMENT 455 – 7th Street Oakland, CA 94607 | | RD # 14-034896 | | |
| CRIME Home Invas. Robbery 212.5 Pc | ☑ SUPPLEMENTAL | INCIDENT # 677 | V 1 | VICTIM LAST, First, Mid. V1- Birrueta, Jose (30jun88) | |
| SUSPECT LAST, First, Mid | INCIDENT LOCATION 2651 73rd Ave (Tech Detail) | | | DATE OF THIS REPORT 5 Aug 14 | ORIGINAL DATE REPORTED 12 Jul 14 |

| ITEM # | QNTY | PROPERTY (and/or NARRATIVE) ITEM TYPE, BRAND, MODEL #, SIZE, COLOR, MARKS, ETC | SERIAL # | VALUE |
|---|---|---|---|---|

**SUMMARY CONT....**

During my initial search I noted two black cell phones on the driver's floorboard, indicia in the name of BRYLAWSKI on the driver's floorboard and dashboard, two baseball style hats and two gloves on the front passenger seat.

Using sterile swabs and single-used distilled water I collected samples from the vehicle from the locations outlined in the evidence heading above (E1-E12). I recovered the two hats and the gloves from the front passenger seat as E13-E15 from this report. I recovered the two cell phones from the driver's floorboard as E16 & E17. I noted that the Metro phone would not power up, and that the T-Mobile phone was powered "on" with a heavily damaged screen. I photographed vehicle registration for the Volvo located in the glove box, in the name of ARNETTA, Abraham @ 2890 Treat Blvd #58, Walnut Creek, CA. I located additional indicia in the glove box (memorial program) for Kenneth Ray Jones Jr. (31DEC91-27AUG12). I located a third cell phone (grey Samsung) inside a blue backpack inside the trunk (E18). I located and recovered indicia inside the same backpack in the name of COLSTON, Bryan (E19).

I located numerous pieces of indicia in the trunk in the name of CALHOUN, Jacorey. I recovered one piece that referenced Mr. Calhoun and the Volvo dated 6/25/14 as E20. I recovered two pieces of indicia in the name of BRYLAWSKI from the floor and dashboard, and a third piece (CAL ID card in same name located in pocket IRO front passenger seat) as E21. I recovered a set of house keys from the center console as E22, a second set of house keys from the rear pocket of the front passenger seat (E23), and a third set of GM vehicle keys from the trunk (E24). I located and recovered a CAL ID card and credit card both in CALHOUN, Jacorey from the shelf below the glove box (E25). I recovered a white, red, black and grey Adidas sweatshirt from the trunk (E26). I recovered two small vodka bottles from the front passenger seat (E27), and two empty water bottles from the rear driver's side floorboard (E28). I located, photographed and recovered a partial pistol grip located underneath the front passenger seat (right side of grip, E29). Other items of note inside the vehicle were paper currency located in the glove box (Nigerian, Dominican Republic, and Mexico), and a small amount of suspected marijuana located inside a coffee jar found behind the front passenger seat.

| REPORTED BY P. Yager | SERIAL # 4520P | WATCH 2 | DISTRICT 4 | SUPERVISOR Sgt. R. Silva-Rodriguez | SERIAL # 8521 | PAGE 4 OF 5 |
|---|---|---|---|---|---|---|



| OAKLAND POLICE DEPARTMENT<br>455 – 7th Street<br>Oakland, CA 94607 | RD # 14-034896 | |
|---|---|---|
| **ADDITIONAL INFORMATION REPORT** | | |
| CRIME ☑ SUPPLEMENTAL<br>Home Invas. Robbery 212.5 Pc | INCIDENT # 677 | V 1 | VICTIM LAST, First, Mid.<br>V1- Birrueta, Jose (30jun88) |
| SUSPECT LAST, First, Mid | INCIDENT LOCATION<br>2651 73rd Ave (Tech Detail) | DATE OF THIS REPORT<br>5 Aug 14 | ORIGINAL DATE REPORTED<br>12 Jul 14 |

| ITEM # | QNTY | PROPERTY (and/or NARRATIVE)<br>ITEM TYPE, BRAND, MODEL #, SIZE, COLOR, MARKS, ETC | SERIAL # | VALUE |
|---|---|---|---|---|

**SUMMARY CONT....**

Upon closer inspection of the exterior of the vehicle I noted a single strike mark in the driver's side brake light cover. I photographed the damage noting that the hole was 31" up from the ground and 10" right of the left edge of the light assembly. Inside the trunk it appears that the projectile traveled through the light housing nicking the top edge of the metal frame. The round appeared to travel through the trunk toward the rear driver's side seat where it appeared to score the outer edge of the vertical beam on the left edge of the rear seat. It appears that the projectile veered to the left and down in to the body of the vehicle (UTL).

Using standard fiberglass brush and black powder I processed the vehicle for latent fingerprints recovering lifts 1-3 as outlined above. I updated my notes and conducted a final searched of the vehicle. I completed my search warrant inventory form. I placed the yellow copy with a copy of the signed search warrant inside the vehicle. I emailed OPD Records section and the Robbery section to update them on the status of the vehicle. I uploaded all photographs to the OPD server.

I began evidence packaging. At the end of my shift I secured all evidence in locker #6 at the Tech Detail. I returned to work at 1400 hrs on Tuesday 05AUG14 finding all evidence as I had left it. I completed evidence packaging and all evidence paperwork. I transported all sealed evidence to the OPD PEU at the PAB where I secured it locker #9 at 2222 hrs. I deposited my sealed latent lift cards in the OPD Crime Lab drop box at the PAB. I submitted the pink copy of my search warrant inventory to the OPD Records section drop box, and returned the original white and golden rod copies to Ofc. Moore in CID (sealed envelope).

I complete this report on 05AUG14.

| REPORTED BY<br>P. Yager | SERIAL #<br>4520P | WATCH<br>2 | DISTRICT<br>4 | SUPERVISOR<br>Sgt. R. Silva-Rodriguez | SERIAL #<br>8521 | PAGE 5 OF 5 |