

**Alameda County Sheriff's Office**
**Gregory J. Ahern, Sheriff / Coroner**
**Coroner's Bureau, 480 4th Street, Oakland, CA**
**94607-3829**
**(510) 268-7300 / (510) 268-7333 (fax)**

On 08/18/2014, the Coroner fees associated with this case were paid in full by Fouche-Hudson Funeral Home. (MLM2794)

**Other Investigative Details/ Supplemental Information:**
On Sunday, August 3, 2014, about 0905 hours, Deputy J. HOVDA and I (MONAGHAN) arrived at the intersection of 105th Ave and Edes Ave. We were directed to an area that appeared to be the back of a residence. There was a tall (approximately 10 foot high) gate that was open. Inside the gate was an older model black GMC pickup truck and an older travel trailer parked side by side. Jacorey CALHOUN was on the ground in between the truck and trailer. Blood was on the ground around his head and torso. I could see what appeared to be bodily tissue on the top of this head.

I spoke with Oakland Police Detective BASA who told me the following. On 08/03/2014 about 0357, an Oakland Police Officer attempted a vehicle stop on a silver convertible Volvo. The license plate came back with an associated warrant for Jacorey CAHOUN. The driver of the vehicle failed to yield and the officer lost site of the car. A short while later the vehicle was spotted again. A vehicle pursuit ensued and ultimately, the driver fled on foot at the intersection of 105th Ave and Edes Ave. The suspect (driver) jumped over a fence into a residential neighborhood. A perimeter was set and Oakland Police requested a K-9 unit from the Alameda County Sheriff's Office. Responding Deputies assisted Oakland Police Officers in a search of the area. They had just completed a search in the backyard of 10546 Acalanes Dr when the K-9 hit on the fence neighboring to 10538 Acalanes Dr. About 0550 hours, the K-9 Deputy assisted the dog over the fence. The dog had engaged the suspect prior to the Deputy getting over the fence. The Deputy was on top of a GMC pickup truck, which was parked next to the fence, when he saw the suspect reach for his waistband. The Deputy fired several shots hitting the suspect.

Oakland Police conducted a gunshot residue test on the decedent's hands before Deputy HOVDA secured paper bags on them with zip ties. We prepared the body for transportation, placed him on a gurney and secured him in the back of the Coroner van for transportation back to the Coroner's Bureau.

About 1105 hours, we arrived back at the Coroner's Bureau. I processed the body into the morgue and took intake photos of him. (MLM2794)

On 08/07/2014, CALHOUN's body was released to Ira Bradford from Fouche-Hudson Funeral Home.

On Tuesday, November 11, 2014, about 0130 hours, I (MONAGHAN) faxed a request to lift the press on this case to Oakland Police and on Thursday, November 13, 2014, Oakland Police faxed a request to lift the police hold on this case with no restrictions. (MLM2794)

**Findings:**
On Tuesday, November 11, 2014, about 0150 hours, I (MONAGHAN) reviewed this case for the purpose of establishing a manner of death. Based on my review the manner of death has been established as a homicide. A review of the autopsy protocol and the police investigation are all consistent with CALHOUN intentionally being shot that caused his death. (MLM2794)

**Supervisor Review:**
On Monday, January 5, 2015, I (Lt. Bowers) reviewed this report for closure. I concur with the content and findings. I consider this case closed. (rmb#906)

**CVT CENTRAL VALLEY TOXICOLOGY, INC.**

**Case Name:**
Calhoun,          Jacorey          C.

**TOXICOLOGY NUMBER:** CVT-14-9895

**Specimen Description:**
11 ml femoral blood labeled "Calhoun, Jacorey; 2014-02233; 08/05/2014"

**Delivered by** Tricor      **Date** 07-Aug-14      **Received by** Bill Posey      **Date** 07-Aug-14

**Request:** Complete Drug Screen

**Agency Case #** 2014-02233

**Requesting Agency**
Alameda Co. Coroner's Office
Attn: Acct's Payable
480 4th Street
Oakland  CA 94607

**Report To**
Alameda Co. Coroner's Office
Attn: Dr. Herrmann
480 4th Street
Oakland  CA 94607

Specimen: Femoral Blood Sample

**RESULTS**

Complete Drug Screen: Cocaine and Opiates detected.
No other common acidic, neutral or basic drugs detected.
No Ethyl Alcohol detected.

Cocaine           = 0.11 mg/L
Benzoylecgonine       = 1.1  mg/L
Ecgonine Methyl Ester = Present

Morphine = 0.38 mg/L
Codeine  = 0.02 mg/L
6MAM   = Present

Blood Cocaine       Ranges
Effective Level:       (0.05 -0.3 mg/L)
Potentially Toxic:     (0.25 - 5.0 mg/L)

Blood Benzoylecgonine  Ranges
Effective Level:          Non Active
Potentially Toxic:        (1-10 mg/L)

Blood Morphine     Ranges
Effective Level:    (0.01 - 0.12 mg/L)
Potentially Toxic: (0.15 - 0.5 mg/L)

Blood Codeine       Ranges
Effective Level:    (0.01-0.25 mg/L)
Potentially Toxic:    (0.3-1 mg/L)

B. L. Posey          August 15, 2014

B.L. POSEY
S.N. KIMBLE
Directors

1580 Tollhouse Road
Clovis, California 93611
Phone (559) 323-9940
Fax (559) 323-7502

# Alameda County Sheriff's Office

Coroner's Bureau
480 4th Street, Oakland, CA 94607-3829

## Gregory J. Ahern, Sheriff

Director of Emergency Services
Coroner - Marshal

## M E M O R A N D U M

DATE:      August 4, 2014

FROM:      Paul W. Herrmann, M.D.

TO:        Case File 2014-02233

SUBJECT:   AUTOPSY PROTOCOL

Autopsy performed upon the body of Ja'Corey Charles Calhoun at the Coroner's Bureau, 480 4th Street, Oakland, California, on August 4, 2014, at 10:00 a.m.

### AUTOPSY FINDINGS

1) BULLET WOUND OF THE HEAD (BULLET WOUND #1) INVOLVING THE SKULL AND BRAIN (BULLET RECOVERED IN THE NECK).

2) BULLET WOUND OF THE LEFT UPPER CHEST (WOUND #2) INVOLVING SOFT TISSUE OF THE CHEST, WITH CONTUSIONS OF THE CHEST WALL AND LEFT UPPER LOBE OF THE LUNG, AND EXIT AT BULLET WOUND #4 ON THE LEFT SIDE OF THE CHEST.

3) BULLET WOUND OF THE MIDCHEST (BULLET WOUND #3) WITH CONTUSION OF THE LOWER RIBCAGE, PASSAGE THROUGH THE MUSCULATURE OF THE ABDOMINAL WALL, ENTRY INTO THE LEFT PELVIC CAVITY AND EXIT FROM THE LEFT PELVIC CAVITY RESULTING IN DESTRUCTION OF THE LEFT FEMORAL ARTERY AND VEIN (BULLET RECOVERED IN THE LEFT PUBIS).

4) BULLET WOUND OF THE LEFT SIDE OF THE ABDOMEN (WOUND #5) INVOLVING THE SKIN AND SOFT TISSUES OF THE LEFT FLANK WITH EXIT AT THE LEFT LATERAL HIP AT WOUND #6.

5) BULLET WOUND OF THE LEFT LATERAL THIGH (WOUND #7) INVOLVING SOFT TISSUES OF THE LATERAL THIGH, WITH BULLET RECOVERED IN LEFT HIP AREA.

Sheriff-Coroner
Alameda County                    Body of JA'COREY CHARLES CALHOUN

6) BULLET WOUND OF THE LEFT ANTERIOR-LATERAL THIGH (WOUND #8) INVOLVING THE SOFT TISSUES OF THE THIGH AND THE BUTTOCK (BULLET RECOVERED IN THE BUTTOCK).

7) BULLET WOUND OF THE LEFT LATERAL THIGH (WOUND #9) INVOLVING THE SOFT TISSUE OF THE BUTTOCK (BULLET RECOVERED IN THE BUTTOCK).

8) BULLET EXIT WOUND OF THE LEFT BUTTOCK (WOUND #10) SHOWING A SLIGHTLY HEMORRHAGIC TRACK LEADING TO THE SITE WHERE THE BULLET FROM WOUND #8 WAS DISCOVERED IN THE LEFT BUTTOCK.  BULLET WOUND #10 APPEARS TO BE A BULLET FRAGMENT EXIT WOUND.

9) BULLET WOUND OF THE RIGHT LATERAL UPPER ARM (WOUND #11) INVOLVING THE SOFT TISSUE OF THE ARM AND EXIT OF THE RIGHT UPPER ARM AT WOUND #12.

10) GRAZING WOUND OF THE RIGHT HAND (WOUND #13) WITH DESTRUCTION OF THE PROXIMAL PHALANX AND PROXIMAL INTERPHALANGEAL JOINT OF THE LONG FINGER (SMALL FRAGMENT OF METAL RECOVERED).

11) APPARENT BULLET SHRAPNEL WOUNDS ON THE LEFT FOREARM.

12) MULTIPLE ABRASIONS AND INCISED WOUNDS OF THE LEFT LEG, CONSISTENT WITH DOG BITES.

13) SUPERFICIAL ABRASIONS ON THE DORSUM OF THE RIGHT FOREARM.

14) ECCHYMOSIS OF THE RIGHT UPPER EYELID DUE TO THE BULLET WOUND OF THE HEAD.

15) ABRASION, RIGHT SIDE OF THE CHEST.

CAUSE OF DEATH:  MULTIPLE BULLET WOUNDS.

cc:  EMS
     District Attorney
     Investigative Bureau

Sheriff-Coroner
Alameda County                    Body of JA'COREY CHARLES CALHOUN

1                        EXTERNAL EXAMINATION

2          The body is that of a well-developed adult black male

3     appearing consistent with the stated age of 22 years, weighing

4     210 pounds and measuring 74 inches.  The hair is black and very

5     short.  The irides are brown.  The conjunctivae show no

6     abnormalities.  The teeth are in good condition.  There is a

7     mustache and goatee present.  There is no rigidity of the neck,

8     complete rigidity of the jaw and extremities.  Slight lividity

9     is present on the back.

10         The body is dressed in the following items of CLOTHING:

11         1) A pullover blue shirt with blood and multiple bullet

12    holes cover the shirt.  Blood is present over the back of the

13    shirt.  Also, some holes are on the left side on the chest area

14    and the left thigh.

15         2) A pair of HANES black shorts with a gray waistband.

16         3) A pair of denim trousers with a web type belt.  The

17    trousers and the belt are opened at this time and around the

18    lower thighs.  The trousers are quite torn over the left leg

19    area and there is blood present on the left leg area.  Also,

20    there are some perforations near the belt line on the left side.

21         4) A pair of white socks.

Sheriff-Coroner
Alameda County                    Body of JA'COREY CHARLES CALHOUN

22      5) A pair of ankle-high blue canvas type shoes, with

23  rubber soles.

24      JEWELRY

25      A SEIKO wristwatch, with a yellow-metal-colored band, is

26  present on the left wrist.

27      The hands and wrists are enclosed in paper bags.  When the

28  bags are removed the fingernails of the left hand are revealed

29  to be short and dirty.  The same is true of the fingernails of

30  the right hand.

31      There is the following evidence of MEDICAL TREATMENT:

32      1) An EKG pad is present on the dorsum of the left

33  forearm, another is present on the right side of the abdomen,

34  and one is present on the dorsolateral aspect of the right

35  forearm.

36      BLOOD ON THE BODY

37      Blood is present on the face in the forehead area.  Blood

38  is also present on the right side of the head in the parietal

39  area of the scalp.  Blood has run from the nostrils onto the

40  right side of the face and then to the right ear.  A small

41  amount has run from the mouth as well.

42      A minimal amount of blood is present around a bullet wound

43  on the left upper chest.

Sheriff-Coroner
Alameda County                     Body of JA'COREY CHARLES CALHOUN

44    Blood is present on the right upper arm associated with

45    several bullet wounds in the area.  Blood has run down onto the

46    forearm.  Blood is present over the dorsum of the entire hand.

47    There is a large gaping wound involving the right long finger,

48    with obvious fracturing of bone in its depth.  A minimal amount

49    of blood is present on the palmar surface of the right hand.

50    Blood is also present on the left upper extremity, about

51    the antecubital area and the elbow.  A small amount has run onto

52    the forearm.  The left hand shows a minimal amount of blood

53    present on the dorsum of the long finger and the distal ring

54    finger.

55    There is a small amount of blood present on the chest

56    associated with bullet wounds in the area and a few specks of

57    blood are present on the abdomen.  A small amount of blood is

58    present on the genitalia.

59    The right lower extremity does not show any blood.

60    There is some blood on the left thigh associated with

61    bullet wounds in the area.  A small amount of blood is present

62    on the left leg associated with what appear to be dog bites.

63    There is some blood present over the back associated with

64    blood on the autopsy table.

Sheriff-Coroner
Alameda County

Body of JA'COREY CHARLES CALHOUN

65      TATTOOS

66          A number of tattoos are present.  There is a tattoo of a
67      panther on the right upper back.

68          There is another large tattoo on the dorsum of the left
69      shoulder.

70          The right upper arm has a tattoo which says "RIP DANTON."

71          There is a tattoo on the dorsum of the left wrist.  It is a
72      tattoo of some letters but I cannot read what they say.

73          There also is a large tattoo on the upper abdomen.  It
74      appears to be some FLAMES associated with what appears to be
75      some script but I cannot read what it says.

76          There is the following evidence of BLUNT TRAUMA:

77          No evidence of blunt trauma is seen on the face or head.
78      There is ecchymosis of the right upper eyelid but this is
79      undoubtedly due to a bullet wound of the head.

80          No evidence of blunt trauma is seen in the neck.

81          The chest shows no blunt trauma, though there are some
82      abrasions associated with bullet wounds.

83          The abdomen shows no evidence of blunt trauma.

84          The right upper extremity shows several abrasions on the
85      dorsum of the forearm extending downwards from the elbow area.
86      There are five of these; three of them are somewhat round in

Sheriff-Coroner
Alameda County                    Body of JA'COREY CHARLES CALHOUN

87  shape measuring 1/4 inch in diameter and the others are slightly
88  linear.  They are grouped within an area 4 inches longitudinally
89  by 1 inch transversely.  They have no distinctly recognizable
90  appearance to them.  On the ulnar aspect of the forearm there is
91  also an abrasion measuring 2 inches by 1/4 inch.  On the dorsum
92  of the hand there is a superficial incised wound measuring 1/2
93  inch in length by 1/8 inch in width.  As previously described,
94  there is a bullet wound involving the dorsum of the right middle
95  finger.

96       The left upper extremity shows a group of punctate wounds
97  on the anterior aspect of the forearm beginning 1-1/2 inches
98  above the wrist and extending upwards for a distance of 6
99  inches.  These are grouped within an area approximately 2 inches
100  in width.  They range in size from 1/16 inch up to 3/8 inch.
101  There are approximately 20 of these wounds and they are
102  suggestive of shrapnel type wounds.  There is no other evidence
103  of blunt trauma to the left upper extremity or the left hand.

104       The genital area shows no trauma.

105       No evidence of blunt trauma to the left thigh.  The left
106  leg shows considerable trauma to the described later.

Sheriff-Coroner
Alameda County                    Body of JA'COREY CHARLES CALHOUN

107     The right thigh shows no evidence of trauma.  The right leg

108     shows a very superficial abrasion in the medial midportion of

109     the leg measuring 1/4 inch by 3/8 inch.

110     There is no evidence of blunt trauma to the back or

111     buttocks.

112     There are a number of depigmented scars in the pretibial

113     area of the right leg.

114     Anterolaterally above the left knee, there is a scar

115     measuring 1-1/2 inches transversely by 1/2 inch vertically.

116     A few scattered scars are on the dorsum of the left hand,

117     the largest at the base of the index finger measures 3/4 inch in

118     diameter.  There are no needle puncture type scars seen over

119     accessible veins.

120     BULLET WOUNDS

121     Multiple bullet wounds are present.

122     Bullet wound #1 is located in the right parietal area of

123     the scalp.  This wound is approximately 1/2 inch below the top

124     of the head.  It is also located 5-1/2 inches directly above the

125     right external auditory meatus.  It is 1-1/2 inches to the right

126     of the midline of the parietal aspect of the scalp.  This is a

127     circular wound measuring 3/8 inch in diameter.  Laceration

128     extends to the right for a distance of 3/4 inch.  Posteriorly, a

Sheriff-Coroner
Alameda County                    Body of JA'COREY CHARLES CALHOUN

129  laceration extends outward for 1/4 inch and a small laceration
130  extends from the anteromedial aspect of the wound.  There is
131  minimal abrasion around the wound.  The central perforation
132  measures approximately 1/4 inch in diameter.  It has the
133  appearance of a bullet entrance wound.

134      Bullet wound #2 is located on the upper left chest medial
135  to the shoulder.  It is located 13 inches below the top of the
136  head and 4-3/4 inches to the left of the midsternum.    It is a
137  nearly circular wound and including an abrasion collar it
138  measures 3/4 inch in diameter with a 1/2 inch central
139  perforation.  It has the characteristics of a bullet entrance
140  wound.

141      Bullet wound #3 is located on the anterior chest just to
142  the left of the midline.  The right edge of this wound is at the
143  midline of the sternum.  The center of bullet wound #3 is
144  located 20 inches below the top of the head.  This is an
145  elongated wound.  It is oblique to vertical measuring 2-1/2
146  inches in length and up to 1 inch in width.  The upper edge is
147  abraded for a distance of approximately 3/4 inch while the lower
148  edge is undermined at the site of the perforation which measures
149  approximately 3/8 inch in diameter.  The wound shows deep
150  grazing of the subcutaneous fat leading down to the entry wound.

Sheriff-Coroner
Alameda County                    Body of JA'COREY CHARLES CALHOUN

151   Inferior to the entry portion of the wound, there are several

152   abrasions of the skin over a further distance of approximately 2

153   inches below the wound.  This wound has the characteristics of a

154   bullet entrance wound.

155       Bullet wound #4 is located just below the left breast.

156   This wound is also centered 20 inches below the top of the head

157   and it is centered 5 inches to the left of the midsternum.  It

158   is located 2 inches below and 1/4 inch lateral to the left

159   nipple.  This is a lacerated wound measuring 3/4 inch

160   transversely by 1/2 inch vertically.  The left edge is slightly

161   abraded.  No abrasion is seen elsewhere.  It is characteristic

162   of a bullet exit wound.

163       Bullet wound #5 is located on the left side of the abdomen

164   below the ribcage.  The perforating portion of this wound is 26

165   inches below the top of the head.  It is centered 6 inches to

166   the left of the midabdomen and approximately 1 inch above the

167   umbilicus.  This is an elongated wound showing abrasion

168   superiorly over a distance of 1 inch with perforation inferiorly

169   measuring 1/2 inch in diameter.  The abraded portion of the

170   wound measures up to 3/4 inch in width.  The wound is

171   characteristic of a bullet entrance wound.

Sheriff-Coroner
Alameda County
Body of JA'COREY CHARLES CALHOUN

172    Bullet wound #6 is located on the anterolateral aspect of
173  the left thigh.  This wound is 37-1/4 inches above the left
174  heel.  This is an elongated wound with perforation superiorly
175  within the wound.  The perforation measures 3/8 inch in diameter
176  and abrasion extends downward from the wound for a distance of
177  approximately 1-1/8 inches.  Abrasions are also seen
178  circumferentially around the upper portion of the wound.  At
179  autopsy this is shown to be an exit wound.

180    Bullet wound #7 is located on the anterolateral aspect of
181  the left thigh 31-1/2 inches above the left heel and it is 2-1/2
182  inches to the left of the midline of the left thigh.  It is a
183  circular wound measuring 1/2 inch in diameter, with a 1/2 inch
184  perforation.  There is slight abrasion around the edge of the
185  wound.  It is characteristic of a bullet entrance wound.

186    Bullet wound #8 is located on the anterior aspect of the
187  left thigh.  It is 28-1/2 inches above the left heel.  It is a
188  circular wound and with circumferential abrasion measuring 7/8
189  inch in diameter, with a 5/8 inch central perforation.  This
190  wound has the characteristics of a bullet entrance wound.

191    Bullet wound #9 is located 5/8 inch to the left of wound #8
192  on the anterolateral left thigh.  This is an irregular wound
193  measuring 1 x 5/8 inch.  There is slight abrasion on the right

Sheriff-Coroner
Alameda County                    Body of JA'COREY CHARLES CALHOUN

194   edge and undermining at the left edge.  The undermined portion

195   shows perforation measuring approximately 1/2 inch in diameter.

196   It is suggestive of a bullet entrance wound.

197       Bullet wound #10 is located on the superior aspect of the

198   left buttock.  This wound is approximately 42 inches above the

199   left heel.  It is also located 4 inches to the left of the upper

200   aspect of the intergluteal cleft.  It is an irregular, lacerated

201   wound measuring 1/2 inch by 3/8 inch in greatest dimension.  It

202   does not show any significant abrasions.  It suggestive of a

203   bullet exit wound.

204       Bullet wound #11 is located on the lateral aspect of the

205   right upper arm.  This wound is 14-1/2 inches below the top of

206   the head.  It is also located 3-1/2 inches to the right of the

207   axillary fold.  The wound is slightly elongated measuring

208   3/4-inch vertically by 1/2 inch horizontally.  There is a

209   perforation inferiorly and medially measuring 3/8 inch in

210   diameter.  The upper edge has been abraded to a width of

211   approximately 3/16 inch.  This wound has the characteristics of

212   bullet entrance wound.

213       Bullet wound #12 is located on the anteromedial aspect of

214   the right upper arm.  It is 2 inches below and 3 inches medial

215   to wound #11.  It is an irregular lacerated wound measuring

Sheriff-Coroner
Alameda County                    Body of JA'COREY CHARLES CALHOUN

216   3/4-inch by 1/2 inch with an irregular perforation at the

217   anterior right edge which measures approximately 3/8 inch in

218   diameter.  It has the characteristics of a bullet exit wound.

219        Wound #13 is a grazing wound involving the dorsum of the

220   right middle finger.  It extends from the metacarpophalangeal

221   joint for a distance of 2-1/2 inches and measures up to 1 inch

222   in width.  There is extensive fracturing of the underlying bone.

223   The edges are irregular.  The bone is fractured between the

224   metacarpophalangeal joint and the proximal interphalangeal

225   joint.  There is no significant abrasion associated with this

226   wound and it is quite irregular in configuration.  A tiny

227   fragment of white metal is embedded at the edge of the wound.

228   This tiny fragment measures 1/8 inch by 1/16 inch and lends

229   credence to this being a grazing bullet wound rather than

230   another type of a wound.

231        In addition to the bullet wounds there are numerous

232   generally parallel incised abrading wounds of the left leg which

233   extend from just above the medial knee downward for a distance

234   of approximately 10 inches.  These average approximately 2

235   inches in length, though some are very small, and at least one

236   measures 4-1/2 inches in length.  These are associated with

237   similar-appearing transverse, incised and abraded wounds on the

Sheriff-Coroner
Alameda County                    Body of JA'COREY CHARLES CALHOUN

238  anterior aspect of the leg extending downwards from just below

239  the knee for a distance of 8-1/2 inches.  Some of them measure

240  up to 4-1/2 inches in length while others are much shorter.

241  Some of them are incised incisions through the skin into the

242  subcutaneous tissue, while most of them are deep abrasions of

243  the epidermis.  Associated with these is another group which

244  begins approximately 7 inches below the knee on the medial

245  aspect of the leg involving the medial gastrocnemius muscle.

246  These extend downward for a distance of approximately 3-1/4

247  inches and extend around the posterior leg up to a width of

248  approximately 4 inches.  Most of these are superficial abrasions

249  but there is one deep incised wound at the inferior aspect of

250  the gastrocnemius muscle measuring 2-1/2 inches in length and

251  gaping 1/4 inch.  The edges of this wound are relatively well

252  circumscribed though there is some abrasion associated with

253  them.  Though I cannot rule out the possibility of a grazing

254  bullet wound, the proximity to other incised superficial wounds

255  suggests that this wound related to the other incised and

256  abraded wounds on the leg.  All of these wounds are consistent

257  with bite marks from a dog.

258       There is a linear abrasion on the right side of the chest

259  in the posterior axillary line.  This is 8 inches below the

Sheriff-Coroner
Alameda County

Body of JA'COREY CHARLES CALHOUN

260 right posterior axillary fold.  It is oblique to horizontal with
261 the anterior end lower than the posterior end by an angle of
262 approximately 35 degrees.  This abrasion measures 1 inch in
263 length by 3/8 inch in width.  There is slight contusion around
264 it.  There are no rounded edges.  There is no deposition of
265 products of combustion.  The possibility of a bullet or bullet
266 fragment graze wound cannot be ruled out, but there is nothing
267 to indicate that, that is definitely the cause of this abrasion.
268        None of the described bullet wounds show any deposition of
269 gunshot products of combustion or stippling.

270                        INTERNAL EXAMINATION

271       Y-SHAPED THORACOABDOMINAL AND INTERMASTOIDAL INCISIONS are
272 made.  The bullet wounds are explored.

273       Bullet wound #1 enters the head in the right parietal area
274 as previously described.  The underlying skull shows a cleanly
275 punched out hole but it is divided into four pieces due to
276 radiating fractures of the skull which extend anteriorly,
277 posteriorly, superiorly and inferiorly.  These comminuted
278 fractures have resulted in some separation of the fragments.
279 The fractures extend beyond the midline superiorly and
280 posteriorly they extend into the occipital area.  There is no
281 deposition of products of combustion in the subcutaneous tissue

Sheriff-Coroner
Alameda County                    Body of JA'COREY CHARLES CALHOUN

282  beneath the skin wound or on the surface of the skull.  The

283  internal table is beveled.  This bullet enters the superior

284  aspect of the right parietal occipital portion of the brain and

285  the right parietal occipital lobe is extremely soft and shows

286  extensive destruction.  There is also destruction of the right

287  lobe of the cerebellum; the left lobe is intact.  The bullet

288  track through the right occipital area shows extensive

289  destruction of the occipital lobe.  There are contusions of the

290  left occipital lobe medially, but the bullet does not enter the

291  left cerebral hemisphere.  The track proceeds directly

292  inferiorly into the occipital fossa where the bullet has exited

293  the skull with a cleanly punched out hole 1-1/8 inches above the

294  foramen magnum.  It is in the midline.  The external table is

295  beveled and there are extensive fractures around this hole as

296  well.  The bullet track then proceeds into the soft tissues of

297  the neck and a mushroomed copper jacketed bullet is found lying

298  just inferior to the occipital protuberance in the midline

299  musculature of the neck.

300      The direction of this wound is from superior to inferior,

301  from right to left at an angle of approximately 25-30 degrees.

302  It may be slightly from anterior to posterior.

303

Sheriff-Coroner
Alameda County

Body of JA'COREY CHARLES CALHOUN

304       Bullet wound #2 enters the left upper chest.  It passes
305  into the pectoralis muscle slightly contusing the anterior
306  aspect of the ribcage as it passes downward through the muscle
307  and it then exits the skin at bullet wound #4 just below the
308  left nipple.  This bullet does not enter the chest cavity but
309  the underlying lung is contused along this track for a distance
310  of approximately 2-1/4 inches on the anterior surface of the
311  left upper lobe.  No bullet fragments are found.

312       The direction of this wound is from superior to inferior.
313  It is from right to left at a slight angle of approximately 10-
314  15 degrees.  It does not appear to be directed either anteriorly
315  or posteriorly, though it may be slightly from posterior to
316  anterior.

317       Bullet wound #3 enters the skin near the midline of the
318  chest, as previously described.  This wound contuses the left
319  anterior ribcage to a slight degree right at the inferior aspect
320  of the ribcage.  The sternum is intact and none of the bones are
321  fractured.  It does not enter the chest.  It passes downward
322  into the musculature of the abdomen.  It does not enter the
323  superior abdominal cavity.  It passes downward in the
324  musculature of the abdomen.  It then exits the musculature and
325  passes through the peritoneum on the left side of the pelvis.

Sheriff-Coroner
Alameda County                    Body of JA'COREY CHARLES CALHOUN

326   It then exits the peritoneum approximately 1 inch below that and

327   enters the left groin area where it causes destruction of the

328   femoral artery and vein.  The bullet is found embedded in the

329   left pubic bone approximately 2 inches to the left of the

330   midline.

331        The direction of this wound is from superior to inferior.

332   It is from right to left at a slight angle of approximately

333   15-20 degrees and may be directed slightly posterior but this is

334   minimal.

335        Bullet wound #5 enters the skin on the left side of the

336   abdomen just inferior to the ribcage.  It passes downward

337   through the skin, subcutaneous tissue and musculature of the

338   left flank area.  It passes lateral to the left ilium and exits

339   the skin at bullet wound #6 in the left hip.

340        The direction of this wound is from superior to inferior,

341   slightly from right to left at an angle of approximately 15-20

342   degrees and it is directed very slightly posteriorly.

343        Bullet wound #7 enters the left thigh and passes through

344   the musculature anterior to the left femur and it comes to rest

345   in the subcutaneous tissue in the posterolateral aspect of the

346   hip where a bullet can be palpated just beneath the skin.

Sheriff-Coroner
Alameda County

Body of JA'COREY CHARLES CALHOUN

347    The direction of this wound is from anterior to posterior,
348    from inferior to superior at an angle of approximately 25-30
349    degrees and is directed minimally from right to left.

350    Bullet wounds #8 and #9 enter the anterolateral aspect of
351    the left thigh.  They pass lateral and then posterior to the
352    femur.  They are directed towards the left buttock.  These two
353    bullet tracks are close together.  They extend upwards into the
354    musculature of the posterolateral and posterior left buttock.
355    One bullet is found in the lateral-posterior aspect of the left
356    buttock beneath the surface of the skin and the other is found
357    at the medial aspect of the left buttock also beneath the skin.
358    One of these bullets is a relatively well preserved mushroomed
359    copper jacketed bullet and the other is an elongated, markedly
360    disrupted bullet with tearing of the slug as well as the jacket.
361    This appears to be the bullet of bullet track #8.

362    The direction of bullet track #8 is from inferior to
363    superior and from anterior to posterior at an angle of
364    approximately 45 degrees and it is directed from left to right
365    at an angle of approximately 30 degrees.  From the track of the
366    disrupted bullet there is slight hemorrhage in the fat leading
367    further superiorly in the left buttock to the site of bullet
368    wound #10 which is an exit wound on the superior left buttock.

Sheriff-Coroner
Alameda County                    Body of JA'COREY CHARLES CALHOUN

369  It appears that bullet wound #10 is the result of a fragment

370  from this bullet which exited the body while the main body of

371  the bullet remained in the buttock.

372       The bullet, at the end of what appears to be bullet track

373  #9, is a well preserved mushroomed bullet.  It passes virtually

374  in the same direction, but it is found somewhat more lateral

375  than the bullet from wound #8.

376       Bullet wound #10 is a bullet fragment wound on the superior

377  aspect of the left buttock as previously described.

378       Bullet wound #11 passes through the lateral aspect of the

379  right upper arm.  It passes through the arm anterior to the

380  humerus involving skin and subcutaneous tissue and exits the

381  skin at bullet wound #12.

382       The direction of this wound is right to left, superior to

383  inferior at approximately 25 degrees and it is directed very

384  minimally from posterior to anterior.

385       Bullet wound #13 has been described on the dorsum of the

386  right long finger.  It shows extensive destruction of the soft

387  tissue and bone of the finger.  The proximal interphalangeal

388  joint is markedly destroyed along with fracturing of the

389  proximal phalanx.  Whether this wound is passing from distal to

390  proximal or proximal to distal is difficult to say.  The tearing

Sheriff-Coroner
Alameda County
                Body of JA'COREY CHARLES CALHOUN

391  at the edge of the wound somewhat suggests that it passes from

392  proximal to distal.  No products of combustion are seen along

393  this wound.

394      As previously described, there are numerous abrasions on

395  the medial aspect of the left forearm suggestive of bullet

396  shrapnel wounds.

397      The abrasion on the right side of the chest in the

398  posterior axillary line is somewhat suggestive but not

399  diagnostic of a bullet graze wound.

400      HEAD:  The bullet wound of the head and brain has been

401  described.  The brain weighs 1330 grams.  As previously

402  described, it is markedly disrupted due to the bullet track

403  through the head.  No other abnormalities are seen though there

404  is blood in the lateral ventricles and there are a few traumatic

405  subarachnoid hemorrhages over the surface of the brain.  The

406  base of the skull shows some small, linear fine fractures of the

407  right petrous pyramid.  The anterior fossae show no fractures

408  but there is obvious hemorrhage beneath the right orbital plate.

409      NECK ORGANS:  The anterior neck shows no evidence of

410  trauma.  The laryngeal, tracheal cartilage and hyoid bone are

411  intact.  The airway is patent.  The thyroid gland is normal size

412  and unremarkable on cut section.  Approximately 40 grams of

Sheriff-Coroner
Alameda County                    Body of JA'COREY CHARLES CALHOUN

413   thymus is also present.

414        CHEST:  As previously described, there are contusions of

415   the chest wall but the chest is not penetrated by the bullet

416   tracks.  There is no free fluid in the pleural cavities.  The

417   lungs fill the pleural spaces.

418        LUNGS:  The left lung weighs 380 grams.  The right lung

419   weighs 450 grams.  The pulmonary arteries and bronchi are

420   unremarkable.  The pulmonary parenchyma is well aerated.  There

421   is no aspiration of blood.  The area of contusion of the left

422   upper lobe is superficial extending for approximately 1/2 inch

423   in length.  There is no significant edema.

424        HEART:  The pericardial sac is intact.  The heart weighs

425   370 grams.  The coronary arteries on cut section show no

426   atherosclerosis.  The right coronary artery is dominant.  The

427   cardiac chambers show no abnormalities and blood is liquid in

428   the heart.  The left ventricular wall measures 14-15 mm in

429   thickness, the right ventricle 2 mm.  No scarring is present.

430   The foramen ovale is probe patent but well guarded.  The

431   interventricular septum is normal.  The descending thoracic and

432   abdominal aorta shows no abnormalities.

433        ABDOMEN:  The abdominal fat is 1-1/2 inches at the

434   umbilicus.  The organs are in their normal positions.

Sheriff-Coroner
Alameda County                    Body of JA'COREY CHARLES CALHOUN

435        LIVER:  The liver shows no abnormalities.  There is no

436   contusion.  The external surface is smooth and the liver weighs

437   1850 grams.  The capsular surface is intact.  The parenchyma is

438   mildly congested and maroon-brown in color.  The gallbladder and

439   extrahepatic ducts are unremarkable.

440        SPLEEN:  The spleen weighs 140 grams.  The capsule is

441   smooth.  The parenchyma is firm and slightly congested.

442        PANCREAS:  The pancreas is of normal size and retains a

443   lobular architecture.

444        ADRENAL GLANDS:  The adrenals are equal in size.  The

445   cortices are thin, bright yellow.  The medullae are

446   unremarkable.

447        GASTROINTESTINAL TRACT:  The mucosa of the esophagus and

448   stomach is unremarkable.  The stomach contains approximately

449   100 cc of soupy orange-brown fluid within which are some pieces

450   of short pasta.  The duodenum and small bowel contain creamy

451   yellow chyme.  The large intestine is unremarkable except that

452   there is a contusion over the descending colon just posterior to

453   the track where the bullet enters the left side of the pelvis

454   and then exits the left side of the pelvis.  Contusion measures

455   approximately 3 inches in length along the bowel.  The bowel is

456   not perforated.  Firm fecal material is present in the

Sheriff-Coroner
Alameda County                    Body of JA'COREY CHARLES CALHOUN

457   descending colon and rectum.

458   GENITOURINARY TRACT:  The kidneys weigh 140 grams each.

459   The capsules strip with ease.  The cortical surfaces are smooth.

460   The parenchyma shows no abnormalities.  It is minimally

461   congested.  The renal vessels, pelves and ureters are in their

462   normal positions.  The urinary bladder contains approximately

463   30 cc of clear yellow urine.  The bladder mucosa is

464   unremarkable.

465   The prostate gland is unremarkable on cut section.  Testes

466   are palpated in the scrotum.

467   The thoracic and lumbar spine are unremarkable.

468

469

470
471
472                                    Paul W. Herrmann, M.D.
473
474   PWH/jkm



**Alameda County Sheriff's Office**
**Gregory J. Ahern, Sheriff / Coroner**
**Coroner's Bureau, 480 4th Street, Oakland, CA**
**94607-3829**
**(510) 268-7300 / (510) 268-7333 (fax)**

3

married and had no children. Walter said he had not been in contact with Jacorey's mother Patricia CALHOUN in "awhile". Walter said Jacorey had a sister Patrice and he would try and notify her of her brother's death. (JSH6129)

On Sunday, August 3, 2014, about 1745 hours, I (HOVDA) called a phone number provided to me by Walter C. CALHOUN for Patrice Calhoun, Jacorey's sister. Patrice told me her father had already called her and notified her of Jacorey's death. Patrice also stated Jacorey was not married and had no children. Patrice said her sister Rashunda was with her and she notified her of their brother's death. Patrice was able to confirm a description of the tattoos on Jacorey's back and arm. Patrice specifically stated Jacorey had a "demon" on his back and "RIP DAVON" on his shoulder. Patrice provided the phone number for Jacorey's mother Patricia CALHOUN. Patrice told me Patricia lives in Concord but the phone was disconnected before she could provide me with her address. I attempted to call Patricia and notify her of her son's death but met with negative results. Attempts to notify Patricia's husband Dwayne HINES by telephone were also met with negative results. (JSH6129)

**Other Agency Reports:**
Oakland Police report # 2014-02233, written by Officer UGARTE
Alameda County Sheriff's Office report # 14-013692. (MLM2794)

I reviewed a copy of Oakland's Police report. On 08/03/2014, about 0356 hours, Officers responded to 50th Ave and International Blvd to attempt a vehicle stop believed to be armed with a firearm. The vehicle fled and was later located in the 10500 block of Edes Ave, abandoned by the driver and only occupant. A perimeter was established and a Designated Arrest Team was formed, comprised of an ACSO K-9 officer, 2 ACSO deputies, and 9 OPD officers. The suspect was located in the rear of 10456 Acalanes Dr and a Deputy discharged his pistol. A copy of the report was added to the case file.

I reviewed a copy of the Alameda County Sheriff's Office report. On 08/03/2014, about 0418 hours, Oakland Police requested the assistance of a canine to search for a home invasion robbery suspect who was believed to be armed. During the search, the canine became engaged with CALHOUN and a Deputy withdrew his firearm and fired multiple rounds CALHOUN striking him several times. A copy of the report was added to the case file. (MLM2794)

**Property and Evidence:**
Coroner receipt # 34899 was issued for the body and evidence. (MLM2794)

On 08/07/2014, Sheriff Technician L. BENDER released all evidence to Officer B.CHRISTENSEN. (MLM2794)

**Coroners Fees:**
Coroner fees of $321 (body removal and body preparation) apply to this case. Jacorey CALHOUN fled from Oakland Police and was attempting to hide from officers when he died. (MLM2794)

On Sunday, August 3, 2014, about 1700 hours, I (HOVDA) called Walter C. CALHOUN and explained the Coroner's Bureau involvement and fees associated in this case. (JSH6129)



**Alameda County Sheriff's Office**
Gregory J. Ahern, Sheriff / Coroner
Coroner's Bureau, 480 4th Street, Oakland, CA
94607-3829
(510) 268-7300 / (510) 268-7333 (fax)

At the scene I (MONAGHAN) used the mobile blue check identification devise to capture CALHOUN's thumb prints. I attempted to connect the device to a patrol vehicle and was unable to connect.

About 1110 hours, I connected the blue check device at the Coroner's Bureau and received a "no hit" response.

CAL PHOTO described CALHOUN as having a tattoo "RIP DAVON" but did not specify the location on the body. I compared the decedent to CALHOUN's photo and it appeared to be the same person. I made a tentative identification that the decedent was Jacorey CALHOUN. A copy of the photo was added to the case file. (MLM2794)

On August 5, 2014, I (GOGNA) received a letter from the Alameda County Central Identification Bureau (CIB) confirming that the fingerprints taken from the decedent was associated with Person File Number: BGY234 with the name Jacorey Charles CALHOUN. (AG#1303)

**Next of Kin Investigation:**
An Accurint report for Jacorey CALHOUN revealed that he had an address at 2890 Treat Blvd # 58, Concord. The report also listed a relative of Patricia CALHOUN, who lived at 5401 MacArthur blvd.

About 1230 hours, I (MONAGHAN) spoke with Oakland Police detective TREVINO and informed him of the address on MacArthur blvd. TREVINO informed me they would send a unit to the address and attempt to notify family of the death.

About 1510 hours, I spoke with Oakland Police Detective TRAN, who told me they had just returned from the address on MacArthur blvd. The residence appeared to be unoccupied; there were cobwebs and overgrown foliage around the property. There was no response at the residence.

About 1522 hours, I called Concord Police Dispatch and requested a death notification at the Treat blvd address.

About 1534 hours, I received a telephone call from Concord Police Sergeant ROSS, who told me that he was not comfortable attempting a notification on an officer involved shooting death. I explained to Sergeant ROSS he didn't need to disclose the circumstances of the death but only notify family of the death and have them contact our office for further information. Sergeant ROSS again told me he was not comfortable and was not going to send a unit to the address. (MLM2794)

On Sunday, August 3, 2014, about 1600 hours, I (HOVDA) called the Contra Costa Coroner's Bureau and spoke to Coroner's Investigator S. SCOTT. I requested Coroner Investigator S. SCOTT go to an address at 2890 Treat Blvd. Unit 58, in Concord in an effort to locate next of kin for CALHOUN. Coroner Investigator S. SCOTT told me there was not enough adequate staffing at the Contra Costa County Coroner's Bureau for him to attempt a notification on this date. (JSH6129)

On Sunday, August 3, 2014, about 1700 hours, I (HOVDA) called a possible relative listed in a complete Accurint report of CALHOUN. I called and spoke to Walter C. CALHOUN. Walter told me the following: Walter stated he was the father of Jacorey Charles CALHOUN. Walter said Jacorey was not



**Alameda County Sheriff's Office**
**Gregory J. Ahern, Sheriff / Coroner**
**Coroner's Bureau, 480 4th Street, Oakland, CA**
**94607-3829**
**(510) 268-7300 / (510) 268-7333 (fax)**

1

---

### Investigator Narrative

| | |
|---|---|
| **Decedent:** | **CALHOUN, Jacorey Charles** |
| **Case Number:** | **2014-02233** |
| **Investigator:** | **Mandy Monaghan** |

**First Call Information:**
On Sunday, August 03, 2014, about 0805 hours, I (MONAGHAN) received a telephone call from Oakland Police Lieutenant FLEMING, who was reporting the death of an unidentified male. Lieutenant FLEMING informed me that Oakland Police had requested a K-9 from the Alameda County Sheriff's Office to assist in a search for a wanted suspect. Upon searching a residential area the Deputy came upon the suspect and fired at him, killing the suspect. Lieutenant FLEMING told me the incident occurred at 105th Ave and Edes Ave. No other information was available at that time. Lieutenant FLEMING told me that investigating officers were ready for the Coroner to respond to the scene.

About 0810 hours, I called the Oakland Police Patrol desk in attempt to obtain further information. I spoke with Officer H. SCHMITT, who told me the incident began about 0357 hours when an Oakland Police officer attempted a vehicle stop. The vehicle was associated with a robbery warrant. After a vehicle pursuit, the driver fled on foot. Officers established a perimeter and requested an Alameda County Sheriff's Office K-9 unit for assistance in searching for the suspect. Upon searching the area, the K-9 Deputy came upon the suspect and ultimately shot him. Officer SCHMITT told me the incident occurred at Acalanes Dr and 105th Ave. No other information was available at that time. (MLM2794)

**Medical Summary:**
About 0557 hours, Paramedics Plus assessed Jacorey CALHOUN; he was not breathing and did not have a pulse. EKG pads were attached and death was determined at 0558 hours.

CALHOUN had what appeared to be puncture wounds on the lower portion of this left leg. The wounds appeared to have been caused by the K-9. CALHOUN also had several apparent gunshot wounds; one on the top of this head, the middle finger on his right hand, right shoulder, and center of his chest. (MLM2794)

**Description of the Death/ Injury Scene:**
Jacorey CALHOUN was shot to the rear of 10538 Acalanes Dr. Oakland. CALHOUN was in between a GMC pickup truck and a travel trailer. According to Oakland Police there was no known correlation between the resident at that address and CALHOUN. (MLM2794)

**Body Identification:**
Oakland Police tentatively identified the decedent as Jacorey CALHOUN. On 08/03/2014, about 0357, Oakland Police attempted a vehicle stop on a convertible silver Volvo. The license plate came back to associated warrant for Jacorey CALHOUN.

CALHOUN had several tattoos, including "RIP DAVON" on his right shoulder, a woman's face with 2 handguns on the left side of his upper back and a four-legged animal on the right side of his upper back.



# Alameda County Sheriff's Office

**Gregory J. Ahern, Sheriff / Coroner**
Coroner's Bureau, 480 4th Street, Oakland, CA 94607-3829
**(510) 268-7300 / (510) 268-7333 (fax)**

## Coroner Investigator's Report

### CALL INFO

| NAME OF DECEASED (LAST, FIRST MIDDLE) | TENTATIVE ID | UNIDENTIFIED | | CASE NUMBER |
|---|---|---|---|---|
| **CALHOUN, Jacorey Charles** | ☐ | ☐ | | **2014-02233** |

| REPORTED BY | REPORTED BY PHONE NO. | REPORTING AGENCY | REFERENCE NUMBER |
|---|---|---|---|
| H SCHMITT | (510) 238-3455 | Oakland Police Department | 14-039091 |

| INVESTIGATOR | CALL DATE AND TIME | CASE TYPE |
|---|---|---|
| Mandy Monaghan | 8/3/2014   8:10 | **Removal Case** |

### DECEDENT

| DATE AND TIME OF DEATH | | DATE OF BIRTH | AGE | GENDER | RACE | | MARITAL STATUS | VET? |
|---|---|---|---|---|---|---|---|---|
| 8/3/2014   5:51 | | 8/12/1990 | 23 Years | Male | African-American | | Never Married | ☐ |

| HGT | WGT | EYE COLOR | HAIR COLOR | OCCUPATION | EMPLOYER |
|---|---|---|---|---|---|
| 74 | 210 | Brown | Black | Landscaper | |

**Preliminary Summary**

Deputy involved shooting death of 23 year old Jacorey CALHOUN in Oakland. A K-9 Deputy responded to the area of 105th Ave and Edes Ave to assist Oakland Police in searching for a wanted suspect. During the search the K-9 became engaged with the suspect. The Deputy saw him reach for his waistband and as a result fired several shots. CALHOUN was shot several times. Paramedics plus responded and determined death.

### DEATH

| LOCATION OF DEATH | LOD TYPE |
|---|---|
| | Other |

| ADDRESS (STREET, CITY, STATE, ZIP) | COUNTY |
|---|---|
| Rear of 10538 Acalanes Dr Oakland CA 94603 | Alameda |

| Manner | Homicide | Death Certificate Signed By: |
|---|---|---|

| Cause A | Multiple bullet wounds | Interval   Minutes |
|---|---|---|
| Cause B | | Interval |
| Cause C | | Interval |
| Cause D | | Interval |

Other Significant Conditions

### NOTIFICATION

| LEGAL NEXT OF KIN | RELATIONSHIP | TELEPHONE NO. |
|---|---|---|
| Patricia Calhoun HIVES | Mother | (510) 921-2738 |

| NOTIFIED BY | METHOD | DATE AND TIME |
|---|---|---|
| | | |

| IDENTIFICATION METHOD | DATE AND TIME |
|---|---|
| Finger Prints | 8/5/2014   7:44 |

### INCIDENT

| LOCATION OF INCIDENT | AT WORK |
|---|---|
| Backyard of residence | ☐ |

| ADDRESS (STREET, CITY, STATE, ZIP) | COUNTY | DATE AND TIME OF INCIDENT |
|---|---|---|
| Rear of 10538 Acalanes Dr, Oakland Oakland CA 94603 | Alameda | 8/3/2014  5:50 |

| INVESTIGATING AGENCY | INV AGENCY PHONE NUMBER | OFFICER |
|---|---|---|
| Oakland Police Department | | BASA |

### DISP

| FUNERAL HOME | BODY RELEASED TO FUNERAL HOME ON |
|---|---|
| Fouche-Hudson Funeral Home | 8/7/2014   14:00 |

| Full Autopsy | Partial Autopsy | Inspection | Record Review | Inspection w/Specimen | EXAM BY |
|---|---|---|---|---|---|
| ☑ | ☐ | ☐ | ☐ | ☐ | Paul W. Herrmann |

Date Printed   Monday, January 05, 2015