UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** August 16, 2016 | **Time:** 10:00 am - 12:03 pm | **Judge:** MARIA-ELENA JAMES |
|---|---|---|
| **Case No.:** 15-cv-02490-DMR | **Case Name:** Hives v. County of Alameda | |

**Attorney for Plaintiff:**

John Burris, Esq.
DeWitt M. Lacy, Esq.
Aejung Yoon, Esq.

**Attorney for Defendant:**

Timothy P. Murphy, Esq.

**Deputy Clerk:** Rose Maher                **FTR Time:** 12:00 - 12:03

## PROCEEDINGS

Settlement Conference held.  Case settled in full.  All parties agreed to be bound by the settlement conference as stated on the record in open Court.  Defendants' counsel to prepare the settlement agreement.  Settlement is subject to Board Approval.  Parties stated that a dismissal with prejudice shall be filed once the settlement has been fully executed and funds distributed.